| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Residents First, LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF MICHIGAN |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2022 Dodge Ram (1 of 2)** | |
| | State the term remaining | 28 | **Ally Financial**<br>**6716 Grade Lane Bldg. 9**<br>**Suite 910**<br>**Louisville, KY 40213** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2022 Dodge Ram (2 of 2)** | |
| | State the term remaining | 28 | **Ally Financial**<br>**6716 Grade Lane Bldg. 9**<br>**Suite 910**<br>**Louisville, KY 40213** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 2023 Land Rover** | |
| | State the term remaining | **29 months** | **Chase Auto Finance**<br>**270 Park Avenue**<br>**New York, NY 10017** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Jeep SUV (1 of 2)** | |
| | State the term remaining | 13 | **Chrysler Capital**<br>**3000 Kellway Drive Suite 120**<br>**Carrollton, TX 75006** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Residents First, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of Jeep SUV (2 of 2)** | |
| | State the term remaining | **13** | **Chrysler Capital** <br> **3000 Kellway Drive  Suite 120** <br> **Carrollton, TX 75006** |
| | List the contract number of any government contract | | |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Management contract for six manufactured housing communities.** | |
| | State the term remaining | **Renews automatically** | **Founding Partners, LLC** <br> **217 Pierce, Ste. 209** <br> **Birmingham, MI 48009** |
| | List the contract number of any government contract | | |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Copier lease.** | |
| | State the term remaining | | **GreatAmerica Financial Services Corp.** <br> **625 First St SE** <br> **Cedar Rapids, IA 52401** |
| | List the contract number of any government contract | | |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Rental of office space.** | |
| | State the term remaining | | **Heirloom Hospitality** <br> **217 Pierce Street** <br> **Suite 207** <br> **Birmingham, MI 48009** |
| | List the contract number of any government contract | | |