UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

| | |
|---|---|
| In re: | Chapter 11 |
| Residents First, LLC, | Case Number 23-49817 |
| Debtor. | Hon. Mark A. Randon |
| _____/ | |

### ORDER GRANTING IN PART CREDITOR CHAMPION HOME BUILDERS, INC.'S MOTION FOR AUTHORIZATION TO ISSUE RULE 2004 SUBPOENAS, FOR PRODUCTION OF DOCUMENTS, AND FOR ORAL EXAMINATION OF CERTAIN PARTIES

This matter is before the Court on Creditor Champion Home Builder, Inc.'s ("CHB") Motion for Authorization to Issue Rule 2004 Subpoenas, for Production of Documents, and for Oral Examination of Certain Parties (the "Motion"). On January 22, 2024, the Court heard argument on the Motion. For the reasons stated on the record, the Motion is **GRANTED IN PART.** CHB's production requests are limited as follows:

1. Production requests under provisions s. and t., are limited to one year prepetition.

2. Production requests under provision v., as to the federal and state tax returns of Debtor, are limited to redacted Schedule Cs for tax years 2020, 2021, and 2022, as filed by Ara Darakjian, Debtor's sole member.

Debtor did not oppose CHB's production requests under provisions r. and w. Thus, production to CHB, as it pertains to provisions r. and w., shall be as stated in the Motion. In contrast, production requests under provision u. are **DENIED.**

**IT IS ORDERED**.
**Signed on January 22, 2024**



/s/ Mark A. Randon
_____
**Mark A. Randon**
**United States Bankruptcy Judge**