UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

**Residents First, LLC,**

    Debtor.
_____/

Case No. 23-49817-mar
Chapter 11
Hon. Mark A. Randon

# ORDER ADJOURNING DATES FOR PLAN SERVICE, BALLOTING, OBJECTIONS AND THE CONFIRMATION HEARING AND <u>SCHEDULING A STATUS CONFERENCE</u>

The Court has reviewed the Debtor's *Ex-Parte* Motion for Entry of an Order (A) Adjourning Dates for Service of Debtor's Subchapter V Plan ("Plan"), Balloting, Objections and the Confirmation Hearing and (B) Setting a Status Conference; and the Court being fully advised in the premises;

**NOW THEREFORE, IT IS HEREBY ORDERED** that the deadlines in the Chapter 11 Case Management Order Establishing Deadlines and Procedures (ECF # 46) relating to the service, balloting, objections and confirmation of the Plan are hereby adjourned for a period of no more than thirty days.

**IT IS FURTHER ORDERED** that a telephonic status conference will be conducted on ***February 26, 2024, at 11:00 a.m.*** At the status conference, the Court shall consider (i) setting new deadlines for: the filing of an amended Plan, if any, service of the Plan, and submission of ballots and objections to the Plan; (ii) setting a hearing date to consider

confirmation of the Plan, and (iii) any other matter deemed appropriate by the Court.

**EFFECTIVE: JANUARY 1, 2024.** Note: Judge Randon is conducting all conferences and non-evidentiary hearings by telephone. At least five minutes prior to scheduled time for hearing, counsel and parties should call (202) 503-1666, Conference ID 231 911 059#. Please place phone on mute and wait until your case is called. Once case is called, unmute phone and participate.

**Signed on February 13, 2024**



/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge