UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:  Chapter 11

Residents First, LLC,  Case Number 23-49817

  Debtor.  Hon. Mark A. Randon

_____/

## AMENDED SCHEDULING ORDER

On February 26, 2024, the Court held a status conference. For the reasons stated on the record and at the request of the parties, the Court amends the scheduling order as follows:

1. Amended Plan due on or before *March 7, 2024*

2. Ballots and/or objections due on or before *April 10, 2024*

3. Confirmation hearing on *April 24, 2024, at 11:00 a.m.*

The parties shall also appear for a status conference on *March 18, 2024, at 11:00 a.m.* At least five minutes before the scheduled time for hearing, the parties should call (202) 503-1666 and use Conference ID 231 911 059#. Please place phone on mute and wait until your case is called. Once case is called, unmute phone and participate.

**IT IS ORDERED**.
**Signed on February 26, 2024**



/s/ Mark A. Randon
**Mark A. Randon**
**United States Bankruptcy Judge**