UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR

THE PERIOD ENDED: _January 31, 2024_

In re:                                            Case Number: 23-49817-mar

**RESIDENTS FIRST, LLC,**                          Chapter 11

    Debtor.                                       Hon. Mark A. Randon

_____/

As debtor in possession, I affirm:

1.    That I have reviewed the financial statements attached hereto, consisting of:

        _____ Operating Statement        (Form 2)

        _____ Balance Sheet        (Form 3)

        _____ Summary of Operations        (Form 4)

        _____ Monthly Cash Statement        (Form 5)

        _____ Statement of Compensation        (Form 6)

        _____ Schedule of In-Force Insurance        (Form 7)

    and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2.    That the insurance, including workers' compensation and unemployment insurance, as described in Section 5 of the Operating Instructions and Reporting Requirements For Chapter 11 Cases is in effect; and, (If not, attach a written explanation)    YES ✓    NO_____

3.    That all post-petition taxes as described in Sections 9 of the Operating Instructions and Reporting Requirements For Chapter 11 cases are current.
(If not, attach a written explanation)    YES_✓____    NO_____

4.    No professional fees (attorney, accountant, etc.) have been paid without specific court authorization.  (If not, attach a written explanation)    YES_✓____    NO_____

5.    All United States Trustee Quarterly fees have been paid and are current.
    YES_____    NO_✓____

6.    Have you filed your pre-petition tax returns.
(If not, attach a written explanation)    YES_____    NO_✓____

    I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct to the best of my information and belief.

Dated: _3/23/24_

Debtor in Possession

_MANAGING MEMBER_    _(248) 352-9900_
Title    Phone

*Form 1*

# Profit & Loss

Property: Residents First, LLC

*01/01/24 - 01/31/24  (accrual basis)*

|  | Amount |
|---|---:|
| **INCOME** | |
| 4900.00 Community Reimbursements | 27,270.78 |
| 4999.00 Asset & Mgmt Fees | 60,353.08 |
| **TOTAL INCOME** | **87,623.86** |
| | |
| **EXPENSE** | |
| 6100.00 Management & Personnel | 55,821.91 |
| 6200.00 On-Site Personnel | 27,384.68 |
| 7500.00 Travel & Entertainment | 565.04 |
| 7600.00 Vehicle Expense | 1,080.29 |
| 7700.00 Information Technology Exp | 1,196.00 |
| 7900.00 General & Administrative | -150.25 |
| **TOTAL EXPENSE** | **85,897.67** |
| | |
| **CONTROLLABLE NOI** | **1,726.19** |
| | |
| **NON CONTROLLABLE EXPENSE** | |
| 8000.00 Mortgages & Debt Interest | 497.00 |
| 8100.00 Utilities | 1,434.14 |
| 8300.00 Insurance | 205.16 |
| **TOTAL NON CONTROLLABLE EXPENSE** | **2,136.30** |
| | |
| **NOI** | **-410.11** |
| | |
| **NON OPERATING EXPENSE** | |
| 8900.00 Amortization & Depreciation | 51.19 |
| **TOTAL NON OPERATING EXPENSE** | **51.19** |
| | |
| **NET INCOME** | **-461.30** |

### NET INCOME SUMMARY

| | |
|---|---:|
| Income | 87,623.86 |
| Expense | -85,897.67 |
| Controllable NOI | 1,726.19 |
| Non Controllable Expense | -2,136.30 |
| Net Operating Income | -410.11 |
| Non Operating Expense | -51.19 |
| **NET INCOME** | **-461.30** |

## OPERATING STATEMENT (P&L)

Period Ending:_____

Case No: 23-49817-mar

| | Current Month | Total Since Filing |
|---|---|---|
| Total Revenue/Sales | | |
| Cost of Sales | | |
| GROSS PROFIT | | |
| EXPENSES: | | |
| Officer Compensation | | |
| Salary Expenses other Employees | | |
| Employee Benefits & Pensions | | |
| Payroll Taxes | | |
| Other Taxes | | |
| Rent and Lease Expense | | |
| Interest Expense | | |
| Insurance | | |
| Automobile and Truck Expense | | |
| Utilities (gas, electric, phone) | | |
| Depreciation | | |
| Travel and Entertainment | | |
| Repairs and Maintenance | | |
| Advertising | | |
| Supplies, Office Expense, etc. | | |
| Other Specify | | |
| Other Specify | | |
| TOTAL EXPENSES: | | |
| NET OPERATING PROFIT/(LOSS) | | |
| Add: Non-Operating Income: Interest Income | | |
| Other Income | | |
| Less: Non-Operating Expenses: Professional Fees | | |
| Other | | |
| NET INCOME/(LOSS) | | |

*Form 2*

# Balance Sheet

### Property: Residents First, LLC
*As of 01/31/24  (accrual basis)*

**ASSETS**

| | | |
|---|---|---:|
| Bank | | |
| | 1050.00 ML-Residents First - 2081 | 305.93 |
| | 1070.00 CSB - Residents First General Account | 100.00 |
| | 1071.00 CSB - Residents First Tax Account | 100.00 |
| Total Bank | | 505.93 |
| | | |
| Accounts Receivable | | |
| | 1100.00 Accounts Receivable | 17,300.00 |
| Total Accounts Receivable | | 17,300.00 |
| | | |
| Other Current Asset | | |
| | 1300.00 Prepaid Expenses | 27,606.24 |
| Total Other Current Asset | | 27,606.24 |
| | | |
| Fixed Asset | | |
| | 1500.00 Land, Buildings, Improve & Equip | 89,330.84 |
| | 1600.00 Accumulated Depr & Amort | -28,429.52 |
| | 1700.00 Construction/Development in Progress | 0.00 |
| Total Fixed Asset | | 60,901.32 |
| | | |
| Other Asset | | |
| | 1800.00 Notes Receivable | 572,630.26 |
| Total Other Asset | | 572,630.26 |
| | | |
| **TOTAL ASSETS** | | **678,943.75** |

**LIABILITIES & EQUITY**

| | | |
|---|---|---:|
| **Liabilities** | | |
| Accounts Payable | | |
| | 2000.00 Accounts Payable | 516,902.98 |
| Total Accounts Payable | | 516,902.98 |
| | | |
| Credit Card | | |
| | 2010.00 Credit Card 9172 (Capital One - Residents First) | 51,418.94 |
| | 2020.01 Credit Card 1731 / 4158 (Home Depot) | 2,877.87 |
| | 2022.04 Credit Card TIR Capital 0154 (CSB) | 2,308.03 |
| Total Credit Card | | 56,604.84 |
| | | |
| Long Term Liability | | |
| | 2950.00 Loans & Notes Payables | 550,874.42 |
| Total Long Term Liability | | 550,874.42 |
| | | |
| **Total Liabilities** | | 1,124,382.24 |
| | | |
| **Equity** | | |
| | 3000.00 Net Income | -461.30 |
| | 3001.00 Retained Earnings | -264,562.37 |
| | 3010.00 Owner Distribution | -941,809.93 |
| | 3020.00 Owner Contribution | 761,395.11 |
| **Total Equity** | | -445,438.49 |

**TOTAL  LIABILITIES & EQUITY**                                    678,943.75

# BALANCE SHEET

Period Ending:_____

Case No:  23-49817-mar

|  | Current Month | Prior Month | At Filing |
|---|---|---|---|
| **ASSETS:** | | | |
| | | | |
| **Cash:** | | | |
| Inventory: | | | |
| Accounts Receivables: | | | |
| Insider Receivables | | | |
| Land and Buildings: | | | |
| Furniture, Fixtures & Equip: | | | |
| Accumulated Depreciation: | | | |
| Other: | | | |
| Other: | | | |
| TOTAL ASSETS: | | | |
| | | | |
| **LIABILITIES:** | | | |
| Post-petition Liabilities: | | | |
| Accounts Payable: | | | |
| Rent and Lease Payable: | | | |
| Wages and Salaries: | | | |
| Taxes Payable: | | | |
| Other: | | | |
| TOTAL Post-petition Liabilities | | | |
| | | | |
| Secured Liabilities: | | | |
| Subject to Post-petition | | | |
| Collateral or Financing Order | | | |
| All Other Secured Liabilities | | | |
| TOTAL Secured Liabilities | | | |
| | | | |
| Pre-petition Liabilities: | | | |
| Taxes & Other Priority Liabilities | | | |
| Unsecured Liabilities: | | | |
| Other: | | | |
| TOTAL Pre-petition Liabilities | | | |
| | | | |
| Equity: | | | |
| Owners Capital: | | | |
| Retained Earnings-Pre Petition. | | | |
| Retained Earnings-Post Petition. | | | |
| | | | |
| TOTAL Equity: | | | |
| | | | |
| TOTAL LIABILITIES | | | |
| | | | |
| /AND EQUITY | | | |

*Form 3*

## SUMMARY OF OPERATIONS

Period Ended: _January 31, 2024_

Case No: 23-49817-mar

### Schedule of Post-Petition Taxes Payable

| | Beginning Balance | Accrued/ Withheld | Payments/Deposits | Ending Balance |
|---|---|---|---|---|
| **Income Taxes Withheld:** | | | | |
| Federal: | 0 | 4,192.73 | 4,192.73 | 0 |
| State: | 0 | 1,703.21 | 1,703.21 | 0 |
| Local: | — | | | — |
| **FICA Withheld:** | 0 | 4,798.97 | 4,798.97 | 0 |
| **Employers FICA:** | 0 | 4,797.03 | 4,797.03 | 0 |
| **Unemployment Tax:** | | | | |
| Federal: | 0 | 144.40 | 144.40 | 0 |
| State: | 0 | 1,049.83 | 1,049.83 | 0 |
| **Sales, Use & Excise Taxes:** | — | | | |
| **Property Taxes:** | — | | | |
| **Workers' Compensation** | 1,503.00 | 0 | 501.00 | 1,002.00 |
| **Other:** | | | | |
| **TOTALS:** | 1,503.00 | 16,782.96 | 17,283.96 | 1,002.00 |

## AGING OF ACCOUNTS RECEIVABLE
## AND POST-PETITION ACCOUNTS PAYABLE

| Age in Days Post Petition | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Accounts Payable | 7,708.99 | 16,881.32 | 499,280.51 |
| Accounts Receivable | | | |

For all post-petition accounts payable over 30 days old, please attach a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:

_____

_____

_____

_____

_____

*Form 4*

# MONTHLY CASH STATEMENT

Period Ending: _January 31 2024_

Cash Activity Analysis (Cash Basis Only):                    Case No: 23-49817-mar

| | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct | Petty Cash Acct. |
|---|---|---|---|---|---|
| A. Beginning Balance | 37,315.57 | | | | |
| B. Receipts (Attach separate schedule) | 92,088.13 | | | | |
| C. Balance Available (A + B) | 129,403.70 | | | | |
| D. Less Disbursements (Attach separate schedule) | 128,794.35 | | | | |
| E. ENDING BALANCE (C - D) | 609.35 | | | | |

**ATTENTION: Please enter the TOTAL DISBURSEMENT from all your accounts, including cash and excluding transfers, onto the line below. This is the number that will determine your quarterly fee payment. $** _128,794.35_

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

General Account:
1. Depository Name & Location _Merrill Lynch 39577 Woodward Bloomfield Hills 48304_
2. Account Number _771-08081_

Payroll Account:
1. Depository Name & Location _N/A_
2. Account Number _____

Tax Account:
1. Depository Name & Location _N/A_
2. Account Number _____

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):
_None_
_____

Date: _3/13/24_                              _[signature]_
                                             Debtor in Possession

*Form 5*

**MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS**

Period Ending: _January 31, 2024_

Case No: 23-49817-mar

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. (Attach additional pages if necessary.)

Name: _Ara Maratian_                    Capacity:    ✓ _____ Shareholder
                                                   _____ Officer
                                                   _____ Director
                                                   _____ Insider

Detailed Description of Duties: _Owns And Manages Residents First_
_____
_____

| Current Compensation Paid: | Weekly | or | Monthly |
|---|---|---|---|
| | _____ | | 8,931.50 |

| Current Benefits Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | _____ | | 1,227.10 |
| Life Insurance | _____ | | _____ |
| Retirement | _____ | | _____ |
| Company Vehicle | _____ | | 9,378.00 |
| Entertainment | _____ | | _____ |
| Travel | _____ | | _____ |
| Other Benefits | _____ | | _____ |
| Total Benefits | _____ | | _____ |

| Current Other Payments Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Rent Paid | _____ | | _____ |
| Loans | _____ | | _____ |
| Other (Describe) | _____ | | _____ |
| Other (Describe) | _____ | | _____ |
| Other (Describe) | _____ | | _____ |
| Total Other Payments | | | |

| CURRENT TOTAL OF ALL PAYMENTS: | Weekly | or | Monthly |
|---|---|---|---|
| | _____ | | 19,536.60 |

Dated: _3/13/24_                    _____
                                   Principal, Officer, Director, or Insider

*Form 6*

# Monthly Statement of Insider Compensation / Payments

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name | Scott Pistorius | | | | | | |
| Detailed Description of Duties: | Senior Vice President in Charge of Overseeing Daily Operations & New Construction | | | | | | |
| Monthly Compensation | 17,083.00 | | | | | | |
| Health Insurance | 1,047.00 | | | | | | |
| Company Vehicle | 640.00 | | | | | | |
| Current Total of all Payments | 18,770.00 | | | | | | |
| Dated: | 3/13/24 | | | | Principal, Officer, Director or Insider | | |

## SCHEDULE OF IN-FORCE INSURANCE

Period Ending: _January 31, 2024_

Case No: 23-49817-mar

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Workers' Compensation | Creative Benefits | 02-01-24 |
| General Business Policy | Creative Benefits | 02-01-24 |

*Form 7*

**Residents First**

**Account Balance**

| Date | Beginning Balance | Deposit / Transfer | Disbursement | Ending Balance | Description |
|---|---|---|---|---|---|
| 01/01/24 | 37,375.57 | | | 37,375.57 | |
| 01/02/24 | 37,375.57 | | 37,343.68 | 31.89 | Overdraft Repayment |
| 01/04/24 | 31.89 | | 256.26 | -224.37 | 401K Withdrawal |
| 01/08/24 | -224.37 | 300.00 | | 75.63 | Transfer from Kingsbrook Estates |
| 01/08/24 | 75.63 | | 108.03 | -32.40 | ADP Fees |
| 01/08/24 | -32.40 | 47.41 | | 15.01 | Transfer from Twin Pines |
| 01/10/24 | 15.01 | | 501.00 | -485.99 | Workman's Comp. Insurance |
| 01/10/24 | -485.99 | 400.00 | | -85.99 | Transfer from Keego Harbor |
| 01/10/24 | -85.99 | 100.00 | | 14.01 | Transfer from Twin Pines |
| 01/12/24 | 14.01 | 7,000.00 | | 7,014.01 | Transfer from Keego Harbor |
| 01/12/24 | 7,014.01 | 4,182.04 | | 11,196.05 | Transfer from Twin Pines |
| 01/12/24 | 11,196.05 | 1,000.00 | | 12,196.05 | Transfer from Twin Pines |
| 01/12/24 | 12,196.05 | 1,200.00 | | 13,396.05 | Transfer from Kristana Estates |
| 01/12/24 | 13,396.05 | 7,115.76 | | 20,511.81 | Transfer from Kingsbrook Estates |
| 01/12/24 | 20,511.81 | 14,000.00 | | 34,511.81 | Transfer from Crystal Downs |
| 01/12/24 | 34,511.81 | 4,000.00 | | 38,511.81 | Transfer from Tallmadge Meadows |
| 01/12/24 | 38,511.81 | | 27,027.52 | 11,484.29 | Payroll |
| 01/12/24 | 11,484.29 | | 1,744.14 | 9,740.15 | Payroll Garnishment |
| 01/12/24 | 9,740.15 | | 8,980.17 | 759.98 | Payroll Taxes |
| 01/16/24 | 759.98 | | 900.00 | -140.02 | Aroma Cleaning Services |
| 01/16/24 | -140.02 | 200.00 | | 59.98 | Transfer from Kingsbrook Estates |
| 01/18/24 | 59.98 | | 693.80 | -633.82 | 401K Withdrawal |
| 01/18/24 | -633.82 | 184.74 | | -449.08 | Transfer from Keego Harbor |
| 01/18/24 | -449.08 | 300.00 | | -149.08 | Transfer from Twin Pines |
| 01/18/24 | -149.08 | 216.18 | | 67.10 | Transfer from Kingsbrook Estates |
| 01/22/24 | 67.10 | | 125.93 | -58.83 | ADP Fees |
| 01/22/24 | -58.83 | 100.00 | | 41.17 | Transfer from Twin Pines |
| 01/26/24 | 41.17 | 1,245.62 | | 1,286.79 | Transfer from Twin Pines |
| 01/26/24 | 1,286.79 | 1,480.54 | | 2,767.33 | Transfer from Twin Pines |
| 01/26/24 | 2,767.33 | 5,760.04 | | 8,527.37 | Transfer from Kingsbrook Estates |
| 01/26/24 | 8,527.37 | 2,747.48 | | 11,274.85 | Transfer from Tallmadge Meadows |
| 01/26/24 | 11,274.85 | | 62.95 | 11,211.90 | ADP Fees |
| 01/26/24 | 11,211.90 | | 273.38 | 10,938.52 | ADP Fees |
| 01/30/24 | 10,938.52 | 17,209.40 | | 28,147.92 | Transfer from Reliance Home Services |
| 01/30/24 | 28,147.92 | 4,535.70 | | 32,683.62 | Transfer from Twin Pines |
| 01/30/24 | 32,683.62 | 1,000.00 | | 33,683.62 | Transfer from Twin Pines |
| 01/30/24 | 33,683.62 | 8,303.22 | | 41,986.84 | Transfer from Kingsbrook Estates |
| 01/30/24 | 41,986.84 | 9,400.00 | | 51,386.84 | Transfer from Kingsbrook Estates |
| 01/30/24 | 51,386.84 | | 8,763.58 | 42,623.26 | BCBS Payment |

| Date | | | | | | Description |
|---|---|---|---|---|---|---|
| 01/30/24 | 42,623.26 | | 2,001.05 | 40,622.21 | | BCBS Payment |
| 01/30/24 | 40,622.21 | | 9,045.42 | 31,576.79 | | Payroll Taxes |
| 01/30/24 | 31,576.79 | | 28,750.90 | 2,825.89 | | Payroll |
| 01/30/24 | 2,825.89 | | 1,744.14 | 1,081.75 | | Payroll Garnishment |
| 01/31/24 | 1,081.75 | | 272.40 | 809.35 | | ADP Fees |
| 01/31/24 | 809.35 | | 100.00 | 709.35 | | To Open New DIP Account |
| 01/31/24 | 709.35 | | 100.00 | 609.35 | | To Open New DIP Account |
| | | | | | | |
| | | | | | | |
| | | 92,028.13 | 128,794.35 | | | |




Primary Account: ▮▮▮▮081

# ■ PRIVATE WEALTH MANAGEMENT

December 30, 2023 · January 31, 2024

**RESIDENTS FIRST LLC** MANA▮
217 PIERCE ST STE 209
BIRMINGHAM MI 48009-6048

## PORTFOLIO SUMMARY

| | January 31 | December 29 | Month Change | |
|---|---|---|---|---|
| **Net Portfolio Value** | **$609.35** | **$37,375.57** | **($36,766.22)** | ▼ |
| Your assets | $609.35 | $37,375.57 | ($36,766.22) | ▼ |
| Your liabilities | - | - | | |
| Your Net Cash Flow (Inflows/Outflows) | ($36,766.22) | $31,046.35 | | |
| Securities You Transferred In/Out | - | - | | |
| *Subtotal Net Contributions* | *($36,766.22)* | *$31,046.35* | | |
| Your Dividends/Interest Income | - | - | | |
| Your Market Gains/(Losses) | - | - | | |
| *Subtotal Investment Earnings* | *-* | *-* | | |

If you have questions on your statement,
call 24-Hour Assistance:
**(866) 4MLBUSINESS**
**(866) 465-2874**
Access Code: 55-781-02081

**Investment Advice and Guidance:**
**Call Your Private Wealth Advisor**

**Your Private Wealth Advisor:**
MKG AND ASSOCIATES
39577 WOODWARD AVE. STE. 100
BLOOMFIELD HLS MI 48304,
1-800-777-9413

Up-to-date account information can be viewed
at: www.mymerrill.com, where your statements
are archived for three or more years.

Questions about MyMerrill? Click the "help" tab
at the top of the screen once you log in.

**Total Value (Net Portfolio Value plus Assets Not Held/Valued By MLPF&S, if any) in thousands, 2020-2024**



# DOWNSIZE YOUR DOCUMENTS

Choose online delivery and access your statements and documents when you need them You'll receive an alert whenever a new document becomes available. Visit
MyMerrill.com® or download the mobile app to enroll.

*Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided*
*by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.*
*Investment products:* | Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |

+

# ■ YOUR PORTFOLIO REVIEW

December 30, 2023 - January 31, 2024

## ASSET ALLOCATION*   PORTI

\* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%.



| | Current Value | Allocation |
|---|---|---|
| Cash/Money Accounts | 609.35 | 100.00% |
| **TOTAL** | **$609.35** | **100%** |

## TOP FIVE PORTFOLIO HOLDINGS

*Based on Estimated Market Value*

| | Current Value | % of Portfolio |
|---|---|---|
| +ML BANK DEPOSIT PROGRAM | 609.00 | 100.00% |
| +FDIC INSURED NOT SIPC COVERED | | |

## FINANCIAL MARKET INDICATORS

| | This Report | Last Report | Previous Year End |
|---|---|---|---|
| S&P 500 | 4845.65 | 4769.83 | 4769.83 |
| Three-Month Treasury Bills | 5.36% | 5.33% | 5.33% |
| Long-Term Treasury Bonds | 4.17% | 4.03% | 4.03% |
| One-Month BSBY | 5.37% | 5.43% | 5.43% |
| NASDAQ | 15164.01 | 15011.35 | 15011.35 |

Keep things simple and choose Online Delivery.

Less paper, less risk of fraud. Enroll now at mymerrill.com.





RESIDENTS FIRST LLC
217 PIERCE ST STE 209
BIRMINGHAM MI 48009-6048

**24-Hour Assistance: (866) 4MLBUSINESS**
Access Code: 55-781-02081

**Net Portfolio Value:** **$609.35**

**Your Private Wealth Advisor:**
MKG AND ASSOCIATES
39577 WOODWARD AVE. STE. 100
BLOOMFIELD HLS MI 48304
1-800-777-9413

# ■ Residents First

December 30, 2023 - January 31, 2024

| | This Statement | Year to Date |
|---|---|---|
| **Opening Value** (12/30) | **$37,375.57** | 609.35 |
| Total Credits | 93,463.54 | 93,463.54 |
| Total Debits | (130,229.76) | (130,229.76) |
| Securities You Transferred In/Out | - | - |
| Market Gains/(Losses) | - | - |
| **Closing Value** (01/31) | **$609.35** | 609.35 |

| ASSETS | January 31 | December 29 |
|---|---|---|
| Cash/Money Accounts | 609.35 | 37,375.57 |
| Fixed Income | - | - |
| Equities | - | - |
| Mutual Funds | - | - |
| Options | - | - |
| Other | - | - |
| *Subtotal (Long Portfolio)* | *609.35* | *37,375.57* |
| **TOTAL ASSETS** | **$609.35** | **$37,375.57** |

## LIABILITIES

| | | |
|---|---|---|
| Debit Balance | - | - |
| Short Market Value | - | - |
| **TOTAL LIABILITIES** | **-** | **-** |
| **NET PORTFOLIO VALUE** | **$609.35** | **$37,375.57** |

 *This statement is eligible for online delivery. Go to ml.com/gopaperless or scan this code with your phone's camera to get started.*

*Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill") makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BofA Corp). MLPF&S is a registered broker-dealer, Member SIPC and a wholly owned subsidiary of BofA Corp.*

Investment products: | **Are Not FDIC Insured** | **Are Not Bank Guaranteed** | **May Lose Value** |

RESIDENTS FIRST LLC

Account Number: ▮▮▮▮ ESS
081

24-Hour Assistance: (866) 4MLBUSINESS www.e
Access Code: 55-781-02081
RESIDENTS F
217 PIERC
BIRMINGHAM

# Residents First

December 30, 2023 - January 31, 2024

## CASH FLOW

| | This Statement | Year to Date |
|---|---|---|
| **Opening Cash/Money Accounts** | **$37,375.57** | |
| **CREDITS** | | |
| Funds Received | - | - |
| Electronic Transfers | 92,028.13 | 92,028.13 |
| Other Credits | 1,435.41 | 1,435.41 |
| *Subtotal* | *93,463.54* | *93,463.54* |
| | | |
| **DEBITS** | | |
| Electronic Transfers | (90,350.67) | (90,350.67) |
| Margin Interest Charged | | |
| Other Debits | (38,779.09) | (38,779.09) |
| Visa Purchases | - | - |
| ATM/Cash Advances | - | - |
| Checks Written/Bill Payment | (1,100.00) | (1,100.00) |
| Advisory and other fees | - | - |
| *Subtotal* | *(130,229.76)* | *(130,229.76)* |
| **Net Cash Flow** | **($36,766.22)** | **($36,766.22)** |

## OTHER TRANSACTIONS

| | | |
|---|---|---|
| Dividends/Interest Income | - | - |
| Security Purchases/Debits | - | - |
| Security Sales/Credits | - | - |
| **Closing Cash/Money Accounts** | **$609.35** | |

## ASSET ALLOCATION*

\* Estimated Accrued Interest not included; may not reflect all holdings; does not include asset categories less than 1%.



| | Allocation |
|---|---|
| ☐ Cash/Money Accounts | 100.00% |
| **TOTAL** | **100%** |

Having an asset allocation that reflects your profile and goals is key to achieving the right outcome. Consult with your advisor to determine an appropriate allocation across all your holdings.

## DOCUMENT PREFERENCES THIS PERIOD

| | Mail | Online Delivery |
|---|---|---|
| Statements | X | |
| Performance Reports | X | |
| Trade Confirms | X | |
| Shareholders Communication | X | |
| Prospectus | X | |
| Service Notices | X | |
| Tax Statements | X | |

RESIDENTS FIRST LLC

Account Number: ▮▮▮081

MER
A BANK

**MERRILL**
A BANK OF AMERICA COMPANY

## YOUR WCMA BANK DEPOSIT INTEREST SUMMARY

December 30, 2023 - January 31, 2024

| Money Account Description | Interest Opening Balance | Average Deposit Balance | Current Yield% | Interest on Deposits | Closing Balance |
|---|---|---|---|---|---|
| Bank of America, N.A. | 0 | 392 | .01 | 0.00 | 609 |
| **TOTAL ML Bank Deposit Program** | 0 | | | 0.00 | 609 |

## YOUR WCMA ASSETS

| CASH/MONEY ACCOUNTS Description | Quantity | Total Cost Basis | Estimated Market Price | Estimated Market Value | Estimated Annual Income | Est. Annual Yield% |
|---|---|---|---|---|---|---|
| CASH | 0.35 | 0.35 | | .35 | | |
| +ML BANK DEPOSIT PROGRAM | 609.00 | 609.00 | 1.0000 | 609.00 | | .01 |
| +FDIC INSURED NOT SIPC COVERED | | | | | | |
| **TOTAL** | | 609.35 | | 609.35 | | .01 |

| LONG PORTFOLIO | Adjusted/Total Cost Basis | Estimated Market Value | Unrealized Gain/(Loss) | Estimated Accrued Interest | Estimated Annual Income |
|---|---|---|---|---|---|
| **TOTAL** YIELD .01% | 609.35 | 609.35 | | | |

## YOUR WCMA TRANSACTIONS

**CASH/OTHER TRANSACTIONS**

| Date | Description | Transaction Type | Quantity | Debit | Credit |
|---|---|---|---|---|---|
| **Electronic Transfers** | | | | | |
| 01/04 | ADP 401k RESIDENTS FIRST LLC | Pre-Authorized Withdrawal | | 256.26 | |
| 01/04 | TR FROM ML 7T102095 KINGSBROOK MHC MICHIGAN LLC | Funds Received | | | 300.00 |
| 01/08 | ADP PAYROLL FEES 650018610RESIDENTS FIR | Pre-Authorized Withdrawal | | 108.03 | |

+

## YOUR WCMA TRANSACTIONS

December 30, 2023 - January 31, 2024

### CASH/OTHER TRANSACTIONS (continued)

| Date | Description | Quantity | Transaction Type | Credit Quantity | Debit | Money Acct |
|------|-------------|----------|------------------|-----------------|-------|-----------|
| **Electronic Transfers** | | | | | | TOTAL 47.41 |
| 01/08 | TR FROM ML 7T102096 TWIN PINES MHC-MICHIGAN LLC | | Funds Received | 47.41 | | |
| 01/10 | MARKEL ARA DARAKJIAN | | Pre-Authorized Withdrawal | | 501.00 | 400.00 |
| 01/10 | TR FROM ML 7T102090 KEEGO HARBOR MHC-MICHIGA N LLC | | Funds Received | 00.00 | | |
| 01/10 | TR FROM ML 7T102096 TWIN PINES MHC-MICHIGAN LLC | | Funds Received | 00.00 | | 100.00 |
| 01/12 | TR FROM ML 7T102090 KEEGO HARBOR MHC-MICHIGA N LLC | | Funds Received | 0.00 | | 7,000.00 |
| 01/12 | TR FROM ML 7T102096 TWIN PINES MHC-MICHIGAN LLC | | Funds Received | | | 4,182.04 |
| 01/12 | TR FROM ML 7T102096 TWIN PINES MHC-MICHIGAN LLC | | Funds Received | 00.00 | | 1,000.00 |
| 01/12 | TR FROM ML 7T102110 KRISTANA ESTATES LLC | | Funds Received | 00.00 | | 1,200.00 |
| 01/12 | TR FROM ML 7T102095 KINGSBROOK MHC MICHIGAN LLC | | Funds Received | 5.76 | | 7,115.76 |
| 01/12 | TR FROM ML 7T102092 CRYSTAL DOWNS MHC-MICHIG AN LLC | | Funds Received | | | 14,000.00 |
| 01/12 | TR FROM ML 7T102094 TALLMADGE MEADOWS MHC LL C | | Funds Received | | | 4,000.00 |
| 01/12 | ADP WAGE PAY RESIDENTS FIRST LLC RE | | Pre-Authorized Withdrawal | | 27,027.52 | |
| 01/12 | ADP WAGE GARN RESIDENTS FIRST LLC RE | | Pre-Authorized Withdrawal | | 1,744.14 | |
| 01/12 | ADP Tax | | Pre-Authorized Withdrawal | | 8,980.17 | |

## YOUR WCMA TRANSACTIONS

December
Statement December 30, 2023 - January 31, 2024

### CASH/OTHER TRANSACTIONS (continued)

| Date | Description | Transaction Type | Debit | Quantity | Debit | Credit |
|---|---|---|---|---|---|---|
| **Electronic Transfers** | | | | | | |
| | RESIDENTS FIRST LLC | | | | | |
| 01/16 | TR FROM ML 7T102095<br>KINGSBROOK MHC MICHIGAN LLC | Funds Received | | | | 200.00 |
| 01/18 | ADP 401k<br>RESIDENTS FIRST LLC | Pre-Authorized Withdrawal | | | 693.80 | |
| 01/18 | TR FROM ML 7T102090<br>KEEGO HARBOR MHC-MICHIGA N LLC | Funds Received | | | | 184.74 |
| 01/18 | TR FROM ML 7T102096<br>TWIN PINES MHC-MICHIGAN LLC | Funds Received | | | | 300.00 |
| 01/18 | TR FROM ML 7T102095<br>KINGSBROOK MHC MICHIGAN LLC | Funds Received | | | | 216.18 |
| 01/22 | ADP PAYROLL FEES<br>650973157RESIDENTS FIR | Pre-Authorized Withdrawal | | | 125.93 | |
| 01/22 | TR FROM ML 7T102096<br>TWIN PINES MHC-MICHIGAN LLC | Funds Received | | | | 100.00 |
| 01/26 | TR FROM ML 7T102096<br>TWIN PINES MHC-MICHIGAN LLC | Funds Received | | | | 1,245.62 |
| 01/26 | TR FROM ML 7T102096<br>TWIN PINES MHC-MICHIGAN LLC | Funds Received | | | | 1,480.54 |
| 01/26 | TR FROM ML 7T102095<br>KINGSBROOK MHC MICHIGAN LLC | Funds Received | | | | 5,760.04 |
| 01/26 | TR FROM ML 7T102094<br>TALLMADGE MEADOWS MHC LL C | Funds Received | | | | 2,747.48 |
| 01/26 | ADP PAYROLL FEES<br>651792043RESIDENTS FIR | Pre-Authorized Withdrawal | | | 62.95 | |
| 01/26 | ADP PAYROLL FEES<br>651689410RESIDENTS FIR | Pre-Authorized Withdrawal | | | 273.38 | |

+

002

**RESIDENTS FIRST LLC** 1-02081

Account Number: ▮▮▮▮▮ESS 081

24-Hour Assistance: (866) 4MLBUSINESS
Access Code: 55-781-02081

## YOUR WCMA TRANSACTIONS

31 2024

December 30, 2023 - January 31, 2024

| | CASH/OTHER TRANSACTIONS (continued) | | | | | CASH/OTH |
|---|---|---|---|---|---|---|
| Date | Description | | Transaction Type | Credit Quantity | Debit | Credit |
| | **Electronic Transfers** | | | | | |
| 01/30 | TR FROM ML 7T102080 RELIANCE HOME SERVICES | | Funds Received | 17,209.40 | | 17,209.40 |
| 01/30 | TR FROM ML 7T102096 TWIN PINES MHC-MICHIGAN LLC | | Funds Received | 4,535.70 | | 4,535.70 |
| 01/30 | TR FROM ML 7T102096 TWIN PINES MHC-MICHIGAN LLC | | Funds Received | 1,000.00 | | 1,000.00 |
| 01/30 | TR FROM ML 7T102095 KINGSBROOK MHC MICHIGAN LLC | | Funds Received | 8,303.22 | | 8,303.22 |
| 01/30 | TR FROM ML 7T102095 KINGSBROOK MHC MICHIGAN LLC | | Funds Received | 9,400.00 | | 9,400.00 |
| 01/30 | BCBS Michigan RELIANCE MANAGEMENT AS | | Pre-Authorized Withdrawal | | 8,763.58 | |
| 01/30 | BLUE CARE NETWOR RESIDENTS FIRST | | Pre-Authorized Withdrawal | | 2,001.05 | |
| 01/30 | ADP Tax RESIDENTS FIRST LLC | | Pre-Authorized Withdrawal | | 9,045.42 | |
| 01/30 | ADP WAGE PAY RESIDENTS FIRST LLC RE | | Pre-Authorized Withdrawal | | 28,750.90 | |
| 01/30 | ADP WAGE GARN RESIDENTS FIRST LLC RE | | Pre-Authorized Withdrawal | | 1,744.14 | |
| 01/31 | ADP PAYROLL FEES 652139357RESIDENTS FIR | | Pre-Authorized Withdrawal | | 272.40 | |
| | **Subtotal (Electronic Transfers)** | | | 2,028.13 | 90,350.67 | 92,028.13 |
| | **Other Debits/Credits** | | | | | |
| 01/02 | REPAY OVERDRAFT LOAN | | Overdraft Repayment | | 37,343.68 | |
| 01/04 | EXTEND OVERDRAFT LOAN | | Overdraft Loan | 224.37 | | 224.37 |
| 01/05 | REPAY OVERDRAFT LOAN | | Overdraft Repayment | | 224.37 | |

+



**Account Number:** ▮▮▮▮31



## *YOUR WCMA TRANSACTIONS*

December

December 30, 2023 - January 31, 2024

### CASH/OTHER TRANSACTIONS (continued)

| Type Date | Description | Transaction Type | Debit | Quantity | Debit | Credit |
|---|---|---|---|---|---|---|
| **Other Debits/Credits** | | | | | | |
| 01/08 | EXTEND OVERDRAFT LOAN | Overdraft Loan | | | | 32.40 |
| 01/09 | REPAY OVERDRAFT LOAN | Overdraft Repayment | 32.40 | | 32.40 | |
| 01/10 | EXTEND OVERDRAFT LOAN | Overdraft Loan | | | | 485.99 |
| 01/11 | REPAY OVERDRAFT LOAN | Overdraft Repayment | 485.99 | | 485.99 | |
| 01/18 | EXTEND OVERDRAFT LOAN | Overdraft Loan | | | | 633.82 |
| 01/19 | REPAY OVERDRAFT LOAN | Overdraft Repayment | 633.82 | | 633.82 | |
| 01/22 | EXTEND OVERDRAFT LOAN | Overdraft Loan | | | | 58.83 |
| 01/23 | REPAY OVERDRAFT LOAN | Overdraft Repayment | 58.83 | | 58.83 | |
| | **Subtotal (Other Debits/Credits)** | | 38,779.09 | | 38,779.09 | 1,435.41 |
| | **NET TOTAL** | | 35,666 | | 35,666.22 | |

### CHECKS WRITTEN/BILL PAYMENT

| Date Written | Date Cleared | Check Number | Description | | Debit | Credit |
|---|---|---|---|---|---|---|
| | 01/16 | 100374§ | CHECK | 90 | 900.00 | |
| | 01/31 | 100376*§ | CHECK | 10 | 100.00 | |
| | 01/31 | 100377§ | CHECK | 10 | 100.00 | |
| | **NET TOTAL** | | | 1,100 | 1,100.00 | |

\* Indicates gap in check sequence
§ Check Image available online

To report Lost or Stolen Visa Cards or Checks, please call (800) CMA-LOST.

## *YOUR WCMA MONEY ACCOUNT TRANSACTIONS*

| Date | Description | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
|---|---|---|---|---|---|---|---|
| 01/02 | ML BANK DEPOSIT PROGRAM | | 31.00 | 01/18 | ML BANK DEPOSIT PROGRAM | 59.00 | |

+

## YOUR WCMA MONEY ACCOUNT TRANSACTIONS *(continued)*  ary 31, 2024

December 30, 2023 - January 31, 2024

| Date | Description | Descript | Withdrawals | Deposits | Date | Description | Withdrawals | Deposits |
|------|-------------|----------|------------|----------|------|-------------|-------------|----------|
| 01/04 | ML BANK DEPOSIT PROGRAM | | 31.00 | | 01/19 | ML BANK DEPOSIT PROGRAM | | 67.00 |
| 01/05 | ML BANK DEPOSIT PROGRAM | | | 75.00 | 01/22 | ML BANK DEPOSIT PROGRAM | 67.00 | |
| 01/08 | ML BANK DEPOSIT PROGRAM | | 75.00 | | 01/23 | ML BANK DEPOSIT PROGRAM | | 45.00 |
| 01/09 | ML BANK DEPOSIT PROGRAM | | | 15.00 | 01/29 | ML BANK DEPOSIT PROGRAM | | 10,897.00 |
| 01/10 | ML BANK DEPOSIT PROGRAM | | 15.00 | | 01/30 | ML BANK DEPOSIT PROGRAM | 9,857.00 | |
| 01/11 | ML BANK DEPOSIT PROGRAM | | | 14.00 | 01/31 | ML BANK DEPOSIT PROGRAM | 472.00 | |
| 01/16 | ML BANK DEPOSIT PROGRAM | | | 45.00 | | | | |
| | **NET TOTAL** | | | | | 609.00 | | **609.00** |

If you own London Interbank Offered Rate (LIBOR) linked financial products, the cessation of LIBOR and the transition from LIBOR to alternative reference rates such as SOFR or BSBY, may have significant impacts to those financial products, including impacts to their liquidity, value and potential performance. Additional information is available at www.ml.com/articles/benchmark-interest-rate-reform.html



**MERRILL**
**A BANK OF AMERICA COMPANY**

## Customer Service

Please promptly report any inaccuracy, discrepancy, and/or concern by calling Wealth Management Client Support at (800-MERRILL) within ten (10) business days after delivery of or communication of the account statement. You should re-confirm any oral communications in writing to protect your rights.

## About Us

You may review our financial statement at our offices: Merrill Lynch, Pierce, Fenner & Smith Incorporated (MLPF&S or ML), One Bryant Park, New York, New York 10036. If you request a copy of our financial statement, we will mail it to you.

We act as a market maker, dealer, block positioner or arbitrageur in certain securities. These activities may put us or one of our affiliates on the opposite side of transactions we execute for you and potentially result in trading profits for us or our affiliates.

BofA Merrill Lynch Research is research produced by MLPF&S and/or one or more of its affiliates. Third party research ratings from selected vendors are provided, if available, for your information. Our providing these research ratings is not a solicitation or recommendation of any particular security. MLPF&S and its affiliates are not responsible for any third party research and have no liability for such research. You are responsible for any trading decision you make based upon third party research ratings and reports.

MLPF&S may make available to you certain securities and other investment products that are sponsored, managed, distributed or provided by companies that are affiliates of Bank of America Corporation (BAC) or in which BAC has a substantial economic interest.

Merrill and Merrill Edge are the marketing name for two businesses: Merrill Advisory Center™, which offers team-based advice and guidance brokerage services; and a self-directed online investing platform. Both are made available through MLPF&S.

Bank of America Merrill Lynch is the marketing name for the global banking and global markets businesses of BAC. Lending, derivatives, and other commercial banking activities are performed globally by banking affiliates of BAC, including Bank of America, N.A., member Federal Deposit Insurance Corporation (FDIC). Securities, strategic advisory, and other investment banking activities are performed globally by investment banking affiliates of BAC ("Investment Banking Affiliates"), including, in the United States, MLPF&S and Merrill Lynch Professional Clearing Corp., all of which are registered broker dealers and members of Financial Industry Regulatory Authority (FINRA) and

Securities Investor Protection Corporation (SIPC), and, in other jurisdictions, locally registered entities. Investment products offered by Investment Banking Affiliates, including MLPF&S, ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE.

## Additional Information

We will route your equity and option orders to market centers consistent with our duty of best execution.

Except for certain custodial accounts, we hold bonds and preferred stocks in bulk segregation. If there is a partial call for those securities, securities will be randomly selected from those held in bulk. The probability of your holdings being selected is proportional to the total number of customer holdings of that particular security that we hold.

This statement serves as a confirmation of certain transactions during the period permitted to be reported periodically. Additional information, including the time of execution for any trade, is available upon written request.

In accordance with applicable law, rules and regulations, your free credit balance is not segregated and we can use these funds in our business. Your free credit balance is the amount of funds payable upon your demand. You have the right to receive, in the normal course of business, any free credit balance and any fully paid securities to which you are entitled, subject to any obligations you owe in any of your accounts.

For clients enrolled in a sweep program, the balance in any bank deposit account or shares of any money market mutual fund in which you have a beneficial interest can be withdrawn or liquidated on your order and the proceeds returned to your securities account or remitted to you.

You will have the right to vote full shares and we may solicit voting instructions concerning these full shares in your account. Voting shares in your account will be governed by the then current rules and policies of FINRA and the Securities Exchange Commission or other applicable exchanges or regulatory bodies.

All transactions are subject to the constitution, rules, regulations, customs, usages, rulings and interpretations of the exchange or market, and its clearinghouse, if any, where the transactions are executed, and if not executed on an exchange, FINRA.

You may obtain an investor brochure that includes information describing the FINRA Regulation Public Disclosure Program ("Program"). To obtain a brochure or more information about the Program or your broker contact the FINRA Regulation Public Disclosure Program Hotline at (800)289-9999 or access the FINRA website

at www.finra.org.

We receive a fee from ISA® banks of up to 2% per annum of the average daily balances. We receive a fee from our affiliated banks of up to $100 per annum for each account that sweeps balances to the banks under the RASP℠ and ML bank deposit programs. We also receive a fee from Bank of America, N.A. based on the average daily Preferred Deposit® and Preferred Deposit for Business® balances.

## Options Customers

For all customers, including those who own options, please promptly advise us of any material change in your investment objectives or financial condition. Individual options commission charges have been included in your confirmation. You may request a summary of this information.

## Margin Customers

If this statement is for a margin account, it is a combined statement of your margin account and special memorandum account maintained for you pursuant to applicable regulations. The permanent record of the separate account, as required by Regulation T, is available for your inspection upon request. You should retain this statement for use with your next statement to calculate interest charges, if any, for the period covered by this statement. The interest charge period will parallel the statement period, except that interest due for the final day of the statement period will be carried over and appear on your next statement.

## Coverage for your Account

The Securities Investor Protection Corporation (SIPC) and our excess-SIPC insurance policy do not cover commodities futures contracts, fixed annuity contracts, hedge funds, private equity funds, commodity pools and other investment contracts (such as limited partnerships) that are not registered with the US Securities Exchange Commission, precious metals, other assets that are not securities, as defined by SIPC, and assets that are not held at MLPF&S, such as cash on deposit at Bank of America, N.A. or Bank of America California, N.A. (Merrill Lynch affiliated banks) or other depository institutions. Those bank deposits are protected by the FDIC up to applicable limits. MLPF&S is not a bank. Unless otherwise disclosed, INVESTMENTS THROUGH MLPF&S ARE NOT FDIC INSURED, ARE NOT BANK GUARANTEED AND MAY LOSE VALUE. To obtain information about SIPC, including the SIPC Brochure, contact SIPC at http://www.sipc.org or (202)371-8300.

## Fixed Income Securities

Values on your statement generally are based on estimates obtained from various sources and in certain cases only from affiliates. These values assume standard market conditions are not firm bids or offers and may vary from prices achieved in actual transactions, especially for thinly traded securities. These values are generally for transactions of $1 million or more, which often reflect more favorable pricing than transactions in smaller amounts. You may pay more than these values if you purchase smaller amounts of securities, or receive less if you sell smaller amounts of securities.

## Prices and Valuations

While we believe our pricing information to be reliable, we cannot guarantee its accuracy. Pricing information provided for certain thinly traded securities may be stale.

Values on your statement generally are based on estimates obtained from various sources and in certain cases only from affiliates.

Investments such as direct participation program securities (e.g., partnerships, limited liability companies, and real estate trusts which are not listed on any exchange), and alternative investments (e.g. commodity pools, private equity funds, private debit funds, and hedge funds) are generally illiquid investments. No formal trading market exists for these securities and their current values will likely be different from the purchase price. Unless otherwise indicated, and except for certain alternative investment funds sponsored by affiliates of MLPF&S, the value shown on this statement for an investment in these securities has been provided by the management, administrator or sponsor of each program or a third-party vendor, in each case without independent verification by MLPF&S. The values shown may not reflect actual market value or be realized upon a sale. If an estimated value is not provided, accurate valuation information is not available.

## Cost Data/Realized Capital Gains & Losses

Cost Data and Realized Capital Gains/Losses are provided in this statement for informational purposes only. Please review for accuracy. Merrill Lynch is not responsible for omitted or restated data. Please consult your tax advisor to determine the tax consequences of your securities transactions. Your statement is not an official accounting of gains/losses. Please refer to your records, trade confirmations, and your Consolidated Tax Reporting Statement (Form 1099).

+

## Insurance Policies and Annuity Contracts

Information is based on data from the issuing insurer. We are not responsible for the accuracy of policy/contract values. Insurance policies and annuity contracts are generally not held in the MLPF&S account. If we, as custodian or trustee, hold an annuity contract that is a security, SIPC and excess SIPC coverage apply.

## Estimated Annual Income and Current Yield

Estimated Annual Income and Current Yield for certain types of securities could include a return of principal or capital gains in which case the Estimated Annual Income and Current Yield would be overstated. Estimated Annual Income and Current Yield are estimates and the actual income and yield might be lower or higher than the estimated amounts. Current Yield is based upon Estimated Annual Income and the current price of the security and will fluctuate.

## Market-Linked Investments (MLI)

MLIs are debt securities or Certificates of Deposit linked to an underlying reference asset. They are reflected on your statement by their underlying reference value (e.g., stocks, ETFs, equity indices), alternative investments (e.g., commodities, currencies), or fixed income (e.g., interest rates). This classification method illustrates your asset allocation.

## Symbols and Abbreviations

| | |
|---|---|
| ¤ | Interest reported to the IRS |
| ■ | Gross Proceeds reported to the IRS |
| * | Dividends reported to the IRS |
| | Transactions reported to the IRS |
| OCC | Options Clearing Corporation |
| # | Transaction you requested same day payment. Prior day's dividend retained to offset cost of advancing payment on your behalf |
| N/A | Price, value and/or cost data not available |
| N/C | Not-Calculated |
| N/N | Non-negotiable securities |
| N/O | Securities registered in your name |
| N/O CUST | Non-negotiable securities registered in the name of the custodian |
| ↑↓ | Indicates that BofA Merrill Lynch Research has upgraded (↑) or downgraded (↓) its fundamental equity opinion on a security. |