**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In re:

**Residents First, LLC,**

    Debtor.
_____/

Case No. 23-49817
Chapter 11
Hon. Mark A. Randon

# AMENDMENT TO MONTHLY OPERATING REPORT FOR JANUARY, 2024

Residents First, LLC ("Debtor") through counsel, Heilman Law PLLC, states:

Attached is a replacement statement of insider compensation for Scott Pistorius. The statement filed with Debtor's January Monthly Operating Report [ECF # 75] mistakenly disclosed compensation for February and not for January.

                        Respectfully submitted,

                        HEILMAN LAW PLLC

Dated: March 20, 2024    By:  /s/ Ryan D. Heilman
                                              Ryan D. Heilman (P63952)
                                              Attorney for Debtor
                                              40900 Woodward Ave., Suite 111
                                              Bloomfield, MI 48304
                                              (248) 835-4745
                                              ryan@heilmanlaw.com

# Monthly Statement of Insider Compensation / Payments
## January 2024

| | |
|---|---|
| Name | Scott Pistorius |
| Detailed Description of Duties: | Senior Vice President in Charge of Overseeing Daily Operations & New Construction |
| Monthly Compensation | 19,167.00 |
| Health Insurance | 1,047.00 |
| Company Vehicle | 640.00 |
| Current Total of all Payments | 20,854.00 |
| Dated: | March 19, 2024 |
| | *(signed)* Principal, Officer, Director or Insider |