UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR

THE PERIOD ENDED: _____FEBRUARY 29, 2024_____

In re:                             Case Number: 23-49817-mar

**RESIDENTS FIRST, LLC,**               Chapter 11

     Debtor.                       Hon. Mark A. Randon

                                                                 /

As debtor in possession, I affirm:

1. That I have reviewed the financial statements attached hereto, consisting of:

    _____ Operating Statement           (Form 2)

    _____ Balance Sheet                  (Form 3)

    _____ Summary of Operations       (Form 4)

    _____ Monthly Cash Statement       (Form 5)

    _____ Statement of Compensation    (Form 6)

    _____ Schedule of In-Force Insurance   (Form 7)

    and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2. That the insurance, including workers' compensation and unemployment insurance, as described in Section 5 of the Operating Instructions and Reporting Requirements For Chapter 11 Cases is in effect; and, (If not, attach a written explanation)      YES ✓      NO _____

3. That all post-petition taxes as described in Sections 9 of the Operating Instructions and Reporting Requirements For Chapter 11 cases are current. (If not, attach a written explanation)      YES ✓      NO _____

4. No professional fees (attorney, accountant, etc.) have been paid without specific court authorization. (If not, attach a written explanation)      YES ✓      NO _____

5. All United States Trustee Quarterly fees have been paid and are current.      YES _____      NO ✓

6. Have you filed your pre-petition tax returns. (If not, attach a written explanation)      YES _____      NO ✓

    I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct to the best of my information and belief.

Dated: _____03-19-24_____             Debtor in Possession

                                     Managing Member        (248) 352-9900

                                     Title                     Phone

*Form 1*

# Profit & Loss

Property: Residents First, LLC

*02/01/24 - 02/29/24  (accrual basis)*

|  | Amount |
|---|---:|
| **INCOME** | |
| 4900.00 Community Reimbursements | 34,897.21 |
| 4999.00 Asset & Mgmt Fees | 61,169.48 |
| **TOTAL  INCOME** | **96,066.69** |
| | |
| **EXPENSE** | |
| 6100.00 Management & Personnel | 50,218.80 |
| 6200.00 On-Site Personnel | 28,625.50 |
| 7300.00 Professional Fees | 8,038.75 |
| 7500.00 Travel & Entertainment | 2,005.03 |
| 7600.00 Vehicle Expense | 2,302.31 |
| 7700.00 Information Technology Exp | 1,196.00 |
| 7900.00 General & Administrative | 854.60 |
| **TOTAL  EXPENSE** | **93,240.99** |
| | |
| **CONTROLLABLE NOI** | **2,825.70** |
| | |
| **NON CONTROLLABLE EXPENSE** | |
| 8000.00 Mortgages & Debt Interest | 497.00 |
| 8100.00 Utilities | 1,228.09 |
| 8300.00 Insurance | 205.16 |
| **TOTAL  NON CONTROLLABLE EXPENSE** | **1,930.25** |
| | |
| **NOI** | **895.45** |
| | |
| **NON OPERATING EXPENSE** | |
| 8900.00 Amortization & Depreciation | 145.34 |
| **TOTAL  NON OPERATING EXPENSE** | **145.34** |
| | |
| **NET INCOME** | **750.11** |

### NET INCOME SUMMARY

| | |
|---|---:|
| Income | 96,066.69 |
| Expense | -93,240.99 |
| Controllable NOI | 2,825.70 |
| Non Controllable Expense | -1,930.25 |
| Net Operating Income | 895.45 |
| Non Operating Expense | -145.34 |
| **NET INCOME** | **750.11** |

23-49817-mar    Doc 85    Filed 03/20/24    Entered 03/20/24 11:34:11    Page 2 of 19

# OPERATING STATEMENT (P&L)

Period Ending:_____

Case No:  23-49817-mar

|  | Current Month | Total Since Filing |
|---|---|---|
| Total Revenue/Sales | _____ | _____ |
| Cost of Sales | _____ | _____ |
| GROSS PROFIT | _____ | _____ |
| EXPENSES: | | |
| Officer Compensation | _____ | _____ |
| Salary Expenses other Employees | _____ | _____ |
| Employee Benefits & Pensions | _____ | _____ |
| Payroll Taxes | _____ | _____ |
| Other Taxes | _____ | _____ |
| Rent and Lease Expense | _____ | _____ |
| Interest Expense | _____ | _____ |
| Insurance | _____ | _____ |
| Automobile and Truck Expense | _____ | _____ |
| Utilities (gas, electric, phone) | _____ | _____ |
| Depreciation | _____ | _____ |
| Travel and Entertainment | _____ | _____ |
| Repairs and Maintenance | _____ | _____ |
| Advertising | _____ | _____ |
| Supplies, Office Expense, etc. | _____ | _____ |
| Other Specify | _____ | _____ |
| Other Specify | _____ | _____ |
| TOTAL EXPENSES: | _____ | _____ |
| NET OPERATING PROFIT/(LOSS) | _____ | _____ |
| Add:  Non-Operating Income:<br>Interest Income<br>Other Income | _____<br>_____ | _____<br>_____ |
| Less:  Non-Operating Expenses:<br>Professional Fees<br>Other | _____<br>_____ | _____<br>_____ |
| NET INCOME/(LOSS) | _____ | _____ |

*Form 2*

# Balance Sheet

### Property: Residents First, LLC
*As of 02/29/24 (accrual basis)*

**ASSETS**

| | | |
|---|---|---:|
| Bank | | |
| | 1050.00 ML-Residents First - 2081 | 976.18 |
| | 1070.00 CSB - Residents First General Account | 556.04 |
| | 1071.00 CSB - Residents First Tax Account | 100.00 |
| Total Bank | | 1,632.22 |
| Accounts Receivable | | |
| | 1100.00 Accounts Receivable | 47,065.53 |
| Total Accounts Receivable | | 47,065.53 |
| Other Current Asset | | |
| | 1300.00 Prepaid Expenses | 27,413.25 |
| Total Other Current Asset | | 27,413.25 |
| Fixed Asset | | |
| | 1500.00 Land, Buildings, Improve & Equip | 89,330.84 |
| | 1600.00 Accumulated Depr & Amort | -28,574.86 |
| | 1700.00 Construction/Development in Progress | 0.00 |
| Total Fixed Asset | | 60,755.98 |
| Other Asset | | |
| | 1800.00 Notes Receivable | 581,063.31 |
| Total Other Asset | | 581,063.31 |
| **TOTAL ASSETS** | | **717,930.29** |

**LIABILITIES & EQUITY**

| | | |
|---|---|---:|
| **Liabilities** | | |
| Accounts Payable | | |
| | 2000.00 Accounts Payable | 514,617.83 |
| Total Accounts Payable | | 514,617.83 |
| Credit Card | | |
| | 2010.00 Credit Card 9172 (Capital One – Residents First) | 51,418.94 |
| | 2022.04 Credit Card TIR Capital 0154 (CSB) | 4,964.25 |
| Total Credit Card | | 56,383.19 |
| Long Term Liability | | |
| | 2950.00 Loans & Notes Payables | 586,243.42 |
| Total Long Term Liability | | 586,243.42 |
| **Total Liabilities** | | **1,157,244.44** |
| **Equity** | | |
| | 3000.00 Net Income | 288.81 |
| | 3001.00 Retained Earnings | -261,080.24 |
| | 3010.00 Owner Distribution | -945,174.17 |
| | 3020.00 Owner Contribution | 766,651.45 |
| **Total Equity** | | **-439,314.15** |

23-49817-mar   Doc 85   Filed 03/20/24   Entered 03/20/24 11:34:11   Page 4 of 19

**TOTAL LIABILITIES & EQUITY**                                    717,930.29

# BALANCE SHEET

Period Ending:_____

Case No:  23-49817-mar

|  | Current Month | Prior Month | At Filing |
|---|---|---|---|
| **ASSETS:** | | | |
| | | | |
| **Cash:** | | | |
| **Inventory:** | _____ | _____ | _____ |
| **Accounts Receivables:** | _____ | _____ | _____ |
| **Insider Receivables** | _____ | _____ | _____ |
| **Land and Buildings:** | _____ | _____ | _____ |
| **Furniture, Fixtures & Equip:** | _____ | _____ | _____ |
| **Accumulated Depreciation:** | _____ | _____ | _____ |
| **Other:** | _____ | _____ | _____ |
| **Other:** | _____ | _____ | _____ |
| **TOTAL ASSETS:** | _____ | _____ | _____ |
| | | | |
| **LIABILITIES:** | | | |
| **Post-petition Liabilities:** | _____ | _____ | _____ |
| **Accounts Payable:** | _____ | _____ | _____ |
| **Rent and Lease Payable:** | _____ | _____ | _____ |
| **Wages and Salaries:** | _____ | _____ | _____ |
| **Taxes Payable:** | _____ | _____ | _____ |
| **Other:** | _____ | _____ | _____ |
| **TOTAL Post-petition Liabilities** | _____ | _____ | _____ |
| | | | |
| **Secured Liabilities:** | | | |
| **Subject to Post-petition** | _____ | _____ | _____ |
| **Collateral or Financing Order** | _____ | _____ | _____ |
| **All Other Secured Liabilities** | _____ | _____ | _____ |
| **TOTAL Secured Liabilities** | _____ | _____ | _____ |
| | | | |
| **Pre-petition Liabilities:** | _____ | _____ | _____ |
| **Taxes & Other Priority Liabilities** | _____ | _____ | _____ |
| **Unsecured Liabilities:** | _____ | _____ | _____ |
| **Other:** | _____ | _____ | _____ |
| **TOTAL Pre-petition Liabilities** | _____ | _____ | _____ |
| | | | |
| **Equity:** | | | |
| **Owners Capital:** | _____ | _____ | _____ |
| **Retained Earnings-Pre Petition.** | _____ | _____ | _____ |
| **Retained Earnings-Post Petition.** | _____ | _____ | _____ |
| | | | |
| **TOTAL Equity:** | _____ | _____ | _____ |
| | | | |
| **TOTAL LIABILITIES** | _____ | _____ | _____ |
| | | | |
| **/AND EQUITY** | _____ | _____ | _____ |

*Form 3*

## SUMMARY OF OPERATIONS

Period Ended: _FEBRUARY 29, 2024_

Case No: 23-49817-mar

### Schedule of Post-Petition Taxes Payable

| | Beginning Balance | Accrued/ Withheld | Payments/Deposits | Ending Balance |
|---|---|---|---|---|
| **Income Taxes Withheld:** | | | | |
| Federal: | 0 | 4,192.73 | 4,192.73 | 0 |
| State: | 0 | 1,848.93 | 1,848.93 | 0 |
| Local: | — | | | — |
| **FICA Withheld:** | 0 | 4,798.97 | 4,798.97 | 0 |
| **Employers FICA:** | 0 | 4,797.03 | 4,797.03 | 0 |
| **Unemployment Tax:** | | | | |
| Federal: | 0 | 144.40 | 144.40 | 0 |
| State: | 0 | 1,149.83 | 1,149.83 | 0 |
| **Sales, Use & Excise Taxes:** | | | | |
| **Property Taxes:** | 0 | | | |
| **Workers' Compensation** | 1,002.00 | 0 | 501.00 | 501.00 |
| **Other:** | 0 | | | |
| **TOTALS:** | 1,002.00 | 16,909.89 | 17,430.89 | 501.00 |

### AGING OF ACCOUNTS RECEIVABLE
### AND POST-PETITION ACCOUNTS PAYABLE

| Age in Days Post Petition | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Accounts Payable | 5,318.31 | 17,399.39 | 491,939.94 |
| Accounts Receivable | | | |

For all post-petition accounts payable over 30 days old, please attach a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:

_____

_____

_____

_____

_____

*Form 4*

**MONTHLY CASH STATEMENT**

Period Ending: _February 29, 2024_

Cash Activity Analysis (Cash Basis Only):                                    Case No: 23-49817-mar

| | General Acct. | General ~~Payroll~~ Acct. | Tax Acct. | Cash Coll. Acct | Petty Cash Acct. |
|---|---|---|---|---|---|
| A. Beginning Balance | 609.35 | 100.00 | 100.00 | | |
| B. Receipts (Attach separate schedule) | 1,336.38 | 81,343.98 | 0 | | |
| C. Balance Available (A + B) | 1,945.63 | 81,403.88 | 100.00 | | |
| D. Less Disbursements (Attach separate schedule) | 1,945.63 | 81,819.14 | 0 | | |
| E. ENDING BALANCE (C - D) | 0 | 1,544.14 | 100.00 | | |

**ATTENTION: Please enter the TOTAL DISBURSEMENT from all your accounts, including cash and excluding transfers, onto the line below. This is the number that will determine your quarterly fee payment. $** _81,819.14_

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

General Account:

1. Depository Name & Location _Merrill Lynch 39577 Woodward Bloomfield Hills 48304_

2. Account Number _771-08081_

General ~~Payroll~~ Account:

1. Depository Name & Location _Citizens State Bank 30500 Woodward Royal Oak 48073_

2. Account Number _520300_

Tax Account:

1. Depository Name & Location _Citizens State Bank 30500 Woodward Royal Oak 48073_

2. Account Number _520302_

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):

_None_

Date: _03-19-24_

Debtor in Possession

*Form 5*

**MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS**

Period Ending: ___FEBRUARY 29, 2024___

Case No: 23-49817-mar

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. (Attach additional pages if necessary.)

Name:___HBA DARAKJIAN___    Capacity:    ___✓___ Shareholder
_____ Officer
_____ Director
_____ Insider

Detailed Description of Duties:___OWNS AND MANAGES RESIDENTS FIRST___

| **Current Compensation Paid:** | Weekly | or | Monthly |
|---|---|---|---|
| | | | 8,991.50 |

| **Current Benefits Paid:** | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | | | 1,807.10 |
| Life Insurance | | | |
| Retirement | | | |
| Company Vehicle | | | 2,378.00 |
| Entertainment | | | |
| Travel | | | |
| Other Benefits | | | |
| Total Benefits | | | |

| **Current Other Payments Paid:** | Weekly | or | Monthly |
|---|---|---|---|
| Rent Paid | | | |
| Loans | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Other (Describe) | | | |
| Total Other Payments | | | |

| **CURRENT TOTAL OF ALL PAYMENTS:** | Weekly | or | Monthly |
|---|---|---|---|
| | | | 13,176.20 |

Dated: ___03-19-24___

_____
Principal, Officer, Director, or Insider

*Form 6*

# Monthly Statement of Insider Compensation / Payments

## February 2024

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name | Scott Pistorius | | | | | | |
| Detailed Description of Duties: | Senior Vice President in Charge of Overseeing Daily Operations & New Construction | | | | | | |
| Monthly Compensation | 17,083.00 | | | | | | |
| Health Insurance | 1,047.00 | | | | | | |
| Company Vehicle | 640.00 | | | | | | |
| Current Total of all Payments | 18,770.00 | | | | | | |
| | | | | | | | |
| Dated: | MARCH | 19, 2024 | | | | | |
| | | | | Principal, Officer, Director or Insider | | | |

# SCHEDULE OF IN-FORCE INSURANCE

Period Ending: _February 29, 2024_

Case No: 23-49817-mar

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Workers' Compensation | Creative Benefits | 06-01-24 |
| General Business Policy | Creative Benefits | 06-01-24 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Form 7*

**Residents First**

**Account Balance - Merrill**

| Date | Beginning Balance | Deposit / Transfer | Disbursement | Ending Balance | | Description |
|---|---|---|---|---|---|---|
| 02/01/24 | 609.35 | | | 609.35 | | |
| 02/05/24 | 609.35 | | 1,074.18 | -464.83 | | 401K Withdrawal |
| 02/05/24 | -464.83 | 492.25 | | 27.42 | | Transfer from Keego Harbor |
| 02/09/24 | 27.42 | 501.00 | | 528.42 | | Transfer from Keego Harbor |
| 02/09/24 | 528.42 | | 501.00 | 27.42 | | Workmans' Comp. Insurance |
| 02/09/24 | 27.42 | | 27.42 | 0.00 | | Transfer to Citizens State Bank |
| 02/12/24 | 0.00 | 108.03 | | 108.03 | | Transfer from Crystal Downs |
| 02/12/24 | 108.03 | | 108.03 | 0.00 | | ADP Fees |
| 02/15/24 | 0.00 | 235.00 | | 235.00 | | Transfer from Crystal Downs |
| 02/16/24 | 235.00 | | 235.00 | 0.00 | | Check to City of Birmingham |
| | | | | | | |
| | | | | | | |
| | | 1,336.28 | 1,945.63 | | | |

**Residents First**

**Account Balance – Citizens State**

| Date | Beginning Balance | Deposit / Transfer | Disbursement | Ending Balance | Description |
|---|---|---|---|---|---|
| 02/01/24 | 100.00 | | | 100.00 | |
| 02/13/24 | 100.00 | 40,000.00 | | 40,100.00 | Deposit from Kingsbrook for Payroll (Kingsbrook, Tallmadge, Twin Pines) |
| 02/14/24 | 40,100.00 | | 1,825.89 | 38,274.11 | Payroll Garnishment |
| 02/14/24 | 38,274.11 | | 7,991.71 | 30,282.40 | Payroll Taxes |
| 02/14/24 | 30,282.40 | | 28,630.22 | 1,652.18 | Payroll |
| 02/16/24 | 1,652.18 | 1,005.09 | | 2,657.27 | Transfer from Twin Pines |
| 02/16/24 | 2,657.27 | | 17.90 | 2,639.37 | ADP Fees |
| 02/16/24 | 2,639.37 | | 233.79 | 2,405.58 | Payroll Taxes |
| 02/16/24 | 2,405.58 | | 771.30 | 1,634.28 | Payroll |
| 02/20/24 | 1,634.28 | | 820.82 | 813.46 | 401K Withdrawal |
| 02/21/24 | 813.46 | 524.76 | | 1,338.22 | Transfer from Twin Pines |
| 02/21/24 | 1,338.22 | 757.99 | | 2,096.21 | Transfer from Crystal Downs |
| 02/21/24 | 2,096.21 | 794.43 | | 2,890.64 | Transfer from Tallmadge Meadows |
| 02/21/24 | 2,890.64 | 927.47 | | 3,818.11 | Transfer from Keego Harbor |
| 02/21/24 | 3,818.11 | 1,505.89 | | 5,324.00 | Transfer from Kristana Estates |
| 02/21/24 | 5,324.00 | 3,532.37 | | 8,856.37 | Transfer from Kingsbrook Estates |
| 02/23/24 | 8,856.37 | | 62.95 | 8,793.42 | ADP Fees |
| 02/23/24 | 8,793.42 | | 194.47 | 8,598.95 | ADP Fees |
| 02/26/24 | 8,598.95 | | 8,042.91 | 556.04 | Blue Cross Blue Shield |
| 02/28/24 | 556.04 | 40,247.86 | | 40,803.90 | Deposits from Communities (Payroll) |
| 02/28/24 | 40,803.90 | | 1,825.89 | 38,978.01 | Payroll Garnishment |
| 02/28/24 | 38,978.01 | | 8,704.18 | 30,273.83 | Payroll Taxes |
| 02/28/24 | 30,273.83 | | 28,757.11 | 1,516.72 | Payroll |
| 02/29/24 | 1,516.72 | 27.42 | | 1,544.14 | Deposit from Close of Merrill Lynch |
| | | | | | |
| | | 89,323.28 | 87,879.14 | | |



# CITIZENS STATE BANK

**32500 Woodward Ave. • Royal Oak, MI 48073**

RETURN SERVICE REQUESTED

00069907
0512

RESIDENTS FIRST LLC
DEBTOR IN POSSESSION-TAX ACCOUNT
23-49817-MAR
217 PIERCE ST STE 209
BIRMINGHAM MI 48009-6048

### Managing Your Accounts



| | Bank Name | Royal Oak |
|---|---|---|
|  | Mailing Address | 32500 Woodward Ave Royal Oak, MI 48073 |
|  | Phone Number | 248-833-6160 |
| | Online Access | www.micsb.com |



## Unlock your Retirement Dreams.

Are you ready to secure your financial future? Look no further than our High-Yield IRA Account, offering an impressive 5% interest rate! It's time to supercharge your retirement savings and watch your money grow.

Rates effective as of 1/8/2024 Rates are subject to change at any time without prior notice. Interest is calculated using the average daily balance method and compounds monthly Citizens State Bank does not provide tax or legal advice. Please consult with your tax and legal advisors regarding your specific situation.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Basic Business Checking | XXX0292 | $100.00 |

## Basic Business Checking-XXX0292

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 02/01/2024 | Beginning Balance | $100.00 | Minimum Balance | $100.00 |
| | 0 Credit(s) This Period | $0.00 | | |
| | 0 Debit(s) This Period | $0.00 | | |
| 02/29/2024 | Ending Balance | $100.00 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/01/2024 | Beginning Balance | | | $100.00 |
| | No activity this statement period | | | |
| 02/29/2024 | Ending Balance | | | $100.00 |



## Basic Business Checking-XXX0292 (continued)

**Overdraft and Returned Item Fees**

|  | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 | $0.00 |



# CSB CITIZENS STATE BANK

**32500 Woodward Ave. • Royal Oak, MI 48073**

RETURN SERVICE REQUESTED

RESIDENTS FIRST LLC
DEBTOR IN POSSESSION -GENERAL ACCOUNT
23-49817-MAR
217 PIERCE ST STE 209
BIRMINGHAM MI 48009-6048



## Managing Your Accounts

| | | |
|---|---|---|
| 🏛 | Bank Name | Royal Oak |
| | Mailing Address | 32500 Woodward Ave<br>Royal Oak, MI 48073 |
| | Phone Number | 248-833-6160 |
| | Online Access | www.micsb.com |



## Unlock your Retirement Dreams.

Are you ready to secure your financial future? Look no further than our High-Yield IRA Account, offering an impressive 5% interest rate! It's time to supercharge your retirement savings and watch your money grow.

Earn **5%** Annual Percentage Yield°

° Rates effective as of 1/8/2024. Rates are subject to change at any time without prior notice. Interest is calculated using the average daily balance method and compounds monthly. Citizens State Bank does not provide tax or legal advice. Please consult with your tax and legal advisors regarding your specific situation.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Basic Business Checking | XXX0300 | $1,544.14 |

## Basic Business Checking-XXX0300

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 02/01/2024 | Beginning Balance | $100.00 | Minimum Balance | $100.00 |
| | 10 Credit(s) This Period | $89,323.28 | | |
| | 13 Debit(s) This Period | $87,879.14 | | |
| 02/29/2024 | Ending Balance | $1,544.14 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| **02/01/2024** | **Beginning Balance** | | | **$100.00** |
| 02/13/2024 | Deposit | | $40,000.00 | $40,100.00 |
| 02/14/2024 | ACH Payment ADP WAGE GARN WAGE GARN | $1,825.89 | | $38,274.11 |

## THIS FORM IS PROVIDED TO HELP YOU BALANCE
## YOUR BANK STATEMENT

CHECKS OUTSTANDING -
NOT CHARGED TO ACCOUNT

| NO. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | $ | |

**BEFORE YOU START–**

PLEASE BE SURE YOU HAVE ENTERED IN YOUR CHECKBOOK ALL AUTOMATIC TRANSACTIONS SHOWN ON THE FRONT OF YOUR STATEMENT.

YOU SHOULD HAVE ADDED IF ANY OCCURRED:
1. Loan advances.
2. Credit memos.
3. Other automatic deposits.

YOU SHOULD HAVE SUB-TRACTED IF ANY OCCURRED:
1. Automatic loan payments.
2. Automatic savings transfers.
3. Service charges.
4. Debit memos.
5. Other automatic deductions and payments.

BANK BALANCE SHOWN ON THIS STATEMENT  $ _____

**ADD**

DEPOSITS NOT SHOWN ON THIS STATEMENT *(IF ANY)*  $ _____

_____

_____

**TOTAL**  $ _____

**SUBTRACT -**

CHECKS OUTSTANDING  $ _____

**BALANCE**  $ _____

SHOULD AGREE WITH YOUR CHECKBOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

Please examine immediately and report if incorrect. If no reply is received within sixty **(60)** days the account will be considered correct.

In Case of Errors or Questions About Your Electronic Transfers or Your Demand Deposit Loan Account

**TELEPHONE OR WRITE US AT THE TELEPHONE NUMBER OR ADDRESS LOCATED ON THE FRONT OF THIS STATEMENT**

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than sixty (60) days after we send you the **FIRST** statement on which the error or problem appeared.

(1) Tell us your name and account number.

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.

If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**YOUR DEMAND DEPOSIT LOAN ACCOUNT SUMMARY OF RIGHTS IS OUTLINED BELOW.**

You remain obligated to pay the parts of your bill not in dispute, but you do not have to pay any amount in dispute during the time it takes to resolve the dispute. During that same time, no action can be taken to collect disputed amounts or report disputed amounts as delinquent.

This is a summary of your rights; a full statement of your rights and our responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.

Your Demand Deposit Loan Account is operated in conjunction with your checking account. Any charges for your checking account will be made to the checking account and they will be the same charges as are made for checking accounts not operated in conjunction with Demand Deposit Loan Accounts. The following information applies only to loans made to you under your Demand Deposit Loan Account line of credit.

The **FINANCE CHARGE** is computed on the principal balance each day by application of the daily periodic rate. The principal balance is determined by adding all credits and subtracting all debits from the previous days business.

The minimum periodic payment required is shown on front of this statement and will be automatically deducted from your checking account at the end of each billing cycle normally thirty **(30)** days. You may pay off your Checking Plus loan balance at any time, or make voluntary additional payments. Payments shall be applied, first to any unpaid **FINANCE CHARGES**, and, second, to the principal loan balance outstanding in your Checking Plus Account. Periodic statements may be sent to you at the end of each billing cycle showing your Checking Plus loan transactions.

**Send payments and inquiries to address shown on front of statement.**

**NOTE:** Payments received after the close of business shall be deemed received on the following business day for purposes of crediting your account.

# Basic Business Checking-XXX0300 (continued)

## Account Activity (continued)

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 02/14/2024 | ACH Payment ADP Tax ADP Tax | $7,991.71 | | $30,282.40 |
| 02/14/2024 | ACH Payment ADP WAGE PAY WAGE PAY | $28,630.22 | | $1,652.18 |
| 02/16/2024 | Remote Deposit | | $1,005.09 | $2,657.27 |
| 02/16/2024 | ACH Payment ADP PAYROLL FEES ADP FEES | $17.90 | | $2,639.37 |
| 02/16/2024 | ACH Payment ADP Tax ADP Tax | $233.79 | | $2,405.58 |
| 02/16/2024 | ACH Payment ADP WAGE PAY WAGE PAY | $771.30 | | $1,634.28 |
| 02/20/2024 | ACH Payment ADP 401k ADP 401k | $820.82 | | $813.46 |
| 02/21/2024 | Remote Deposit | | $524.76 | $1,338.22 |
| 02/21/2024 | Remote Deposit | | $757.99 | $2,096.21 |
| 02/21/2024 | Remote Deposit | | $794.43 | $2,890.64 |
| 02/21/2024 | Remote Deposit | | $927.47 | $3,818.11 |
| 02/21/2024 | Remote Deposit | | $1,505.89 | $5,324.00 |
| 02/21/2024 | Remote Deposit | | $3,532.37 | $8,856.37 |
| 02/23/2024 | ACH Payment ADP PAYROLL FEES ADP FEES | $62.95 | | $8,793.42 |
| 02/23/2024 | ACH Payment ADP PAYROLL FEES ADP FEES | $194.47 | | $8,598.95 |
| 02/26/2024 | ACH Payment BCBS Michigan PREMIUM | $8,042.91 | | $556.04 |
| 02/28/2024 | Deposit | | $40,247.86 | $40,803.90 |
| 02/28/2024 | ACH Payment ADP WAGE GARN WAGE GARN | $1,825.89 | | $38,978.01 |
| 02/28/2024 | ACH Payment ADP Tax ADP Tax | $8,704.18 | | $30,273.83 |
| 02/28/2024 | ACH Payment ADP WAGE PAY WAGE PAY | $28,757.11 | | $1,516.72 |
| 02/29/2024 | Remote Deposit | | $27.42 | $1,544.14 |
| **02/29/2024** | **Ending Balance** | | | **$1,544.14** |

## Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date | Previous year-to-date |
|---|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 | $0.00 |

This page left intentionally blank