EXHIBIT 3

ARBITRATION AWARD

CHAMPION HOME BUILDERS, INC.,

    Claimant,

v

                                     Case Number: 01-22-0003-4334
                                     Arbitrator: Patrick A. Facca

RESIDENTS FIRST, LLC,

    Respondent.

---

| | |
|---|---|
| EMILY G. JONES | ALAN M. STILLMAN |
| JEFFREY S. KOPP | NICOLAS CAMARGO |
| FOLEY & LARDNER LLP | SK Law Partners, PC |
| Attorneys for Champion Home Builders, Inc. | Attorney for Residents First, LLC |
| 500 Woodward, Suite 2700 | 2000 Town Center Dr., Suite 1500 |
| Detroit, MI 48226-3489 | Southfield MI 48075-1195 |
| egjones@foley.com | astillman@seyburn.com |
| jkopp@foley.com | ncamargo@skdetroitlaw.com |

---

## AWARD OF ARBITRATOR

    I, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the Arbitration Agreement between the above-named parties, dated March 10, 2021, and having been duly sworn, and having duly heard the testimony presented by the parties, reviewed the exhibits, heard arguments and reviewed Pre-Hearing and Post-Hearing briefs submitted by each of the Parties, does hereby issue the following AWARD:

    Claimant Champion Home Builders, Inc. (Champion) filed a demand for arbitration, asserting a claim in the amount of $507,584.00. Respondent Residents First, LLC (Residents First) filed a counterclaim asserting a claim in an amount in excess of $700,000.00 against Champion.

**I.    Claimant Champion Home Builders, Inc.'s Claim against Respondent Residents First, LLC.**

    Champion and Residents First executed a document titled Terms and Conditions for the Installation of Manufactured Homes (Exhibit C-085). In addition, Champion and Residents First, executed several documents titled "Quote" (example exhibit) and several change orders which specified a scope of work, and price for work, etc., on individual units. These units are broken down into three (3) categories: Completed Work; Not Fully Completed; Some Work Completed.

   **A. Completed Work.**

    The evidence presented demonstrates that Champion completed the work at the following addresses and are entitled to be paid the amount of the invoices of the Quote executed by Residents First:

| | |
|---|---|
| 763 Amherst | $18,200.00 |
| 771 Suffield | $17,900.00 |
| 672 Ascot | $18,200.00 |
| 640 Ascot | $21,500.00 |
| 754 Ascot | $18,200.00 |
| 758 Ascot | $18,350.00 |

| | |
|---|---|
| — 706 Greenbriar | $17,900.00 |
| — 704 Greenbriar | $17,900.00 |
| Total | $148,150.00 |

Residents First materially breached the contract by failing to make payment to Champion. Therefore, the Arbitrator finds that Residents First owes $148,150.00 to Champion for the Completed Work.

B. **Not Fully Completed Work.**

Champion agreed it did not complete (100%) its scope of work on the following addresses:

| | |
|---|---|
| — 410 Dorset | $41,442.00 |
| — 786 Amherst | $42,716.00 |
| — 663 Elmdale | $42,716.00 |
| — 687 Elmdale | $41,442.00 |
| — 746 Elmdale | $41,442.00 |
| — 758 Elmdale | $41,442.00 |
| — 775 Fairfax | $40,980.00 |
| — 772 Midvale | $41,442.00 |
| — 809 Oak | $33,839.00 |
| Total | $367,461.00 |

Based upon the evidence presented at hearing, the Arbitrator finds that Champion completed ninety percent (90%) of the contract work and is entitled to $330,714.90. Residents First did not make payment to Champion for the work completed which is a breach of contract. Also, Residents First did not present evidence that Residents First incurred any costs to complete the work that was not completed by Champion. Champion is awarded $330,714.90 against Residents First for this work.

C. **Some Work Completed.**

Champion claims it performed some work on the following addresses:

| | |
|---|---|
| — 785 Suffield | $15,480.94 |
| 785 Oak | $7,716.86 |
| — 747 Midvale | $5,607.70 |
| 2607 Thornbury | $2,314.03 |
| Total | $31,119.53 |

Champion admits it did not send an invoice for the work to Residents First. Based upon the evidence presented, the Arbitrator finds that Champion did not present sufficient evidence to support this claim and is awarded $0.00 on these addresses.

Champion requests attorneys' fees in its Claim pursuant to the terms of the contract. Champion failed to provide any evidence to support the claim for attorney fees. Accordingly, Champion is awarded $0.00 for attorneys' fees.

II. **Residents First LLC's Counterclaim against Champion Home Builders, Inc.**

Residents First asserts a Counterclaim against Champion asserting damages for costs incurred to complete the work which was not completed by Champion and damages for lost rent due to delayed completion by Champion. Residents First did not present any evidence to support a claim for cost to complete work not completed by Champion. The Arbitrator finds that the claim for lost rents was too

Case Number: 01-22-0003-4334  2
23-49817-mar    Doc 98-3    Filed 04/10/24    Entered 04/10/24 13:47:54    Page 3 of 4

speculative and is not supported by a the evidence presented at the Hearings. In addition, Residents First contributed to the delay in completion of the work by failing to pay Champion for work performed and Residents First did not provide any evidence it took actions to complete the work. Accordingly, Residents First is awarded $0.00 on its Counterclaim.

### III. Summary

Champion is awarded $478,864.90 ($$330,714.90 plus $148,150.00) against Residents First, plus any statutory interest.

Residents First is awarded $0.00 on its Counterclaim against Champion.

This Award is in full settlement of all claims submitted to this Arbitration. All claims not expressly granted herein are hereby denied.

The administrative fees of the American Arbitration Association totaling $24,650.00 shall be borne as incurred, and the compensation of the arbitrator totaling $12,750.00 shall be borne equally as it was incurred and paid.

August 11, 2023

Date                        Patrick A. Facca, Arbitrator

I, Patrick A. Facca, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

August 11, 2023

Date                        Patrick A. Facca, Arbitrator