# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

**In re:**

**Residents First, LLC,**

    Debtor.
_____/

Case No. 23-49817
Chapter 11
Hon. Mark A. Randon

## DEBTOR'S BALLOT REPORT

Residents First, LLC ("Debtor") through counsel, Heilman Law PLLC, for its Ballot Report ("Ballot Report") regarding confirmation of Debtor's Subchapter V Plan of Reorganization (the "Plan") states:

1. On November 8, 2023 ("Petition Date"), Debtor commenced this Bankruptcy Case by filing a petition under chapter 11 of title 11 of the United States Code. Debtor elected to proceed under Subchapter V of Chapter 11.

2. The Debtor filed a plan on March 7, 2023 [ECF # 73].

3. Debtor timely transmitted the Plan, exhibits to the Plan, and Ballots to the holders of Impaired Claims in accordance with Rule 3018 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and served copies of the Plan and the Approval Order on all required parties.

4. In calculating the amount and category for voting purposes, the amount and category listed by the creditor or interest holder on the ballot was used.

5. A total of 3 Class I votes were tallied, all of which accepted the Plan. One Class I vote was cast by Ally Bank and two Class I votes were cast by Ally Bank Lease Trust.

6. A total of 2 Class II votes were tallied, al of which rejected the Plan. The Class II votes were cast by True North Asphalt, LLC and Champion Home Builders, Inc.

7. One Class III vote was tallied, which accepted the Plan.

8. **The following is the summary of votes:**

    Class I    Secured Claims
- Accepted

    Class II    Unsecured Claims
- Rejected

    Class III    Claims of equity Interests
- Accepted

9. Attached is the tabulation of acceptances and rejections of the Plan [Exhibit A] and copies of the submitted ballots [Exhibit B].

WHEREFORE, Debtor submits this Ballot Report and the attached tabulation of acceptances and rejections of Debtor's Plan.

Respectfully submitted,

**HEILMAN LAW PLLC**

/s/ Ryan D. Heilman
Ryan D. Heilman
Attorney for Debtor
40900 Woodward Ave., Suite 111
Bloomfield Hills, MI 48304
(248) 835-4745
ryan@heilmanlaw.com

Dated: April 19, 2023

# EXHIBIT A
BALLOT TABULATION

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION – BAY CITY**

IN THE MATTER OF:

**RESIDENTS FIRST, LLC.,**

Case No. 23-49817-MAR
Chapter 11
Hon. Mark A. Randon

      **Debtor.**

---

**TABULATION OF ACCEPTANCES AND REJECTIONS OF PLAN**

| Class | Claims Voting | No. of Acceptances | No. of Rejections | $ Amount Voted | $ Amount Accepted | $ Amount Rejected | Accepted or Rejected |
|---|---|---|---|---|---|---|---|
| I | 3 | 3 | 0 | $60,897.76 | $60,897.76 | $0.00 | Accepted |
| II | 2 | 0 | 2 | $631,035.74 | $631,035.74 | - | Rejected |
| III | 1 | 1 | 0 | 100% | 100% | | Accepted |

Class I is the class of secured creditors; Class II is the class of unsecured creditors; Class III is the class of interest holders.

Class I Ballots Accepting Plan

1. Ally Bank                          $31,450.28
2. Ally Bank Lease Trust           $14,815.98
3. Ally Bank Lease Trust*          $14,631.50

Class II Ballots Rejecting Plan

1. True North Asphalt              $152,170.84
2. Champion Home Builders, Inc.    $478,864.90

Class III Ballots Accepting the Plan

1. TIR Equities, LLC                Holder of 100% of Debtor's equity interests

\* Ally Bank Lease Trust submitted two ballots relating to separate vehicles. Upon information and belief, Ally Trust is related to Ally Bank Lease Trust, but is a separate entity.

# EXHIBIT B
BALLOTS

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

**Residents First, LLC,**

    Debtor.

_____/

Case No. 23-49817
Chapter 11
Hon. Mark A. Randon

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S SUBCHPATER V PLAN OF REORGANIZATION

On March 7, 2024, Residents First, LLC ("Debtor") filed its Subchapter V Plan of Reorganization ("Plan").

The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class and the holders of two-thirds (2/3) in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this ballot.

**You should review the Plan carefully before you vote. You may wish to seek legal advice concerning the Plan and your treatment under the Plan.** If you hold claims or equity interests in more than one class, submit a separate ballot for each class in which you are entitled to vote. If you do not have the Plan or need a replacement ballot, please contact Debtor's counsel at the telephone number or email address on the opposite page.

**If your ballot is not actually received at the address listed on the opposite page on or before *April 10, 2024*, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

The undersigned, the Holder of a Claim against the Debtor in the unpaid amount of $ __31,450.28__, or

The undersigned, the Holder of an Interest in the Debtor representing __10.29__ % of Debtor's Interests

The Claim is a (check one):  __X__ Class I Claim (Allowed Secured Claim of Ally Bank or the SBA)

                                                 _____ Class II Claim (Allowed General Unsecured Claims)

                                                 _____ Class III Claim (Claims of Interests of Debtor)

(Check one box only)      __X__ **Accepts the Plan**      _____ **Rejects the Plan**

Dated: __3/21/24__    Print or type name of creditor: __ALLY BANK C/O AIS PORTFOLIO SERVICES LL__

                      Signature: __/s/ Pal T.__

Return this ballot to attorneys for the Debtor:

        HEILMAN LAW PLLC
        c/o Ryan D. Heilman
        40900 Woodward Ave., Ste. 111
        Bloomfield Hills, MI 48304
        Telephone: (248) 835-4745
        ryan@heilmanlaw.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

**Residents First, LLC,**

    Debtor.

_____/

Case No. 23-49817
Chapter 11
Hon. Mark A. Randon

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S SUBCHPATER V PLAN OF REORGANIZATION

On March 7, 2024, Residents First, LLC ("Debtor") filed its Subchapter V Plan of Reorganization ("Plan").

The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class and the holders of two-thirds (2/3) in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this ballot.

**You should review the Plan carefully before you vote. You may wish to seek legal advice concerning the Plan and your treatment under the Plan.** If you hold claims or equity interests in more than one class, submit a separate ballot for each class in which you are entitled to vote. If you do not have the Plan or need a replacement ballot, please contact Debtor's counsel at the telephone number or email address on the opposite page.

If your ballot is not actually received at the address listed on the opposite page on or before _April 10, 2024_, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

The undersigned, the Holder of a Claim against the Debtor in the unpaid amount of $ __14,815.98__, or

The undersigned, the Holder of an Interest in the Debtor representing _____% of Debtor's Interests

The Claim is a (check one):     __X__ Class I Claim (Allowed Secured Claim of Ally Bank or the SBA)

                                                       _____ Class II Claim (Allowed General Unsecured Claims)

                                                       _____ Class III Claim (Claims of Interests of Debtor)

(Check one box only)    __X__ **Accepts the Plan**          _____ **Rejects the Plan**

Dated: __3/21/24__     Print or type name of creditor: __ALLY BANK LEASE TRUST C/O AIS PORTFOLIO SERVICES LLC__

                      Signature: __[signed]__

Return this ballot to attorneys for the Debtor:

> HEILMAN LAW PLLC
> c/o Ryan D. Heilman
> 40900 Woodward Ave., Ste. 111
> Bloomfield Hills, MI 48304
> Telephone: (248) 835-4745
> ryan@heilmanlaw.com

2

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re:

**Residents First, LLC,**

    Debtor.

Case No. 23-49817
Chapter 11
Hon. Mark A. Randon

_____/

## BALLOT FOR ACCEPTING OR REJECTING
## <u>DEBTOR'S SUBCHPATER V PLAN OF REORGANIZATION</u>

On March 7, 2024, Residents First, LLC ("<u>Debtor</u>") filed its Subchapter V Plan of Reorganization ("<u>Plan</u>").

    **The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class and the holders of two-thirds (2/3) in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this ballot.**

    **You should review the Plan carefully before you vote. You may wish to seek legal advice concerning the Plan and your treatment under the Plan.** If you hold claims or equity interests in more than one class, submit a separate ballot for each class in which you are entitled to vote. If you do not have the Plan or need a replacement ballot, please contact Debtor's counsel at the telephone number or email address on the opposite page.

    **If your ballot is not actually received at the address listed on the opposite page on or before <u>April 10, 2024</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

The undersigned, the Holder of a Claim against the Debtor in the unpaid amount of $ __14,631.50__, or

The undersigned, the Holder of an Interest in the Debtor representing _____% of Debtor's Interests

The Claim is a (check one):    __X__ Class I Claim (Allowed Secured Claim of Ally Bank or the SBA)

                                               _____ Class II Claim (Allowed General Unsecured Claims)

                                               _____ Class III Claim (Claims of Interests of Debtor)

(Check one box only)    __X__ **Accepts the Plan**        _____ **Rejects the Plan**

Dated: __3/21/24__    Print or type name of creditor: __ALLY BANK LEASE TRUST C/O AIS PORTFOLIO SERVICES LLC__

                      Signature: _____

Return this ballot to attorneys for the Debtor:

> HEILMAN LAW PLLC
> c/o Ryan D. Heilman
> 40900 Woodward Ave., Ste. 111
> Bloomfield Hills, MI 48304
> Telephone: (248) 835-4745
> ryan@heilmanlaw.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

**Residents First, LLC,**

    Debtor.

Case No. 23-49817
Chapter 11
Hon. Mark A. Randon

_____/

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S SUBCHPATER V PLAN OF REORGANIZATION

On March 7, 2024, Residents First, LLC ("Debtor") filed its Subchapter V Plan of Reorganization ("Plan").

The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class and the holders of two-thirds (2/3) in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this ballot.

**You should review the Plan carefully before you vote. You may wish to seek legal advice concerning the Plan and your treatment under the Plan.** If you hold claims or equity interests in more than one class, submit a separate ballot for each class in which you are entitled to vote. If you do not have the Plan or need a replacement ballot, please contact Debtor's counsel at the telephone number or email address on the opposite page.

**If your ballot is not actually received at the address listed on the opposite page on or before _April 10, 2024_, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

The undersigned, the Holder of a Claim against the Debtor in the unpaid amount of $ __152,170.84__, or

The undersigned, the Holder of an Interest in the Debtor representing _____% of Debtor's Interests

The Claim is a (check one):      _____ Class I Claim (Allowed Secured Claim of Ally Bank or the SBA)

         __X__ Class II Claim (Allowed General Unsecured Claims)

         _____ Class III Claim (Claims of Interests of Debtor)

(Check one box only)      ____ **Accepts the Plan**      __X__ **Rejects the Plan**

Dated: 4/8/2024      Print or type name of creditor: True North Asphalt, LLC

Signature: _[signed]_

By Clifford (Gary) G. Cooper II (P85606)
Attorney for True North Asphalt, LLC

Return this ballot to attorneys for the Debtor:

> HEILMAN LAW PLLC
> c/o Ryan D. Heilman
> 40900 Woodward Ave., Ste. 111
> Bloomfield Hills, MI 48304
> Telephone: (248) 835-4745
> ryan@heilmanlaw.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

In re:

**Residents First, LLC,**

    Debtor.

_____/

Case No. 23-49817
Chapter 11
Hon. Mark A. Randon

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S SUBCHPATER V PLAN OF REORGANIZATION

    On March 7, 2024, Residents First, LLC ("Debtor") filed its Subchapter V Plan of Reorganization ("Plan").

    The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class and the holders of two-thirds (2/3) in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this ballot.

    **You should review the Plan carefully before you vote. You may wish to seek legal advice concerning the Plan and your treatment under the Plan.** If you hold claims or equity interests in more than one class, submit a separate ballot for each class in which you are entitled to vote. If you do not have the Plan or need a replacement ballot, please contact Debtor's counsel at the telephone number or email address on the opposite page.

    **If your ballot is not actually received at the address listed on the opposite page on or before _April 10, 2024_, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

The undersigned, the Holder of a Claim against the Debtor in the unpaid amount of $__478,864.90__, or

The undersigned, the Holder of an Interest in the Debtor representing _____% of Debtor's Interests

The Claim is a (check one):     _____ Class I Claim (Allowed Secured Claim of Ally Bank or the SBA)

                            ___x___ Class II Claim (Allowed General Unsecured Claims)

                            _____ Class III Claim (Claims of Interests of Debtor)

(Check one box only)     ____ **Accepts the Plan**      __x__ **Rejects the Plan**

Dated: _April 10, 2024_     Print or type name of creditor: _Champion Home Builders, Inc.___

                  Signature:       _/s/Kimberly Ross Clayson_____
                                                  Counsel for Champion Home Builders, Inc.

Return this ballot to attorneys for the Debtor:

                      HEILMAN LAW PLLC
                      c/o Ryan D. Heilman
                      40900 Woodward Ave., Ste. 111
                      Bloomfield Hills, MI 48304
                      Telephone: (248) 835-4745
                      ryan@heilmanlaw.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

**In re:**

**Residents First, LLC,**

    Debtor.

Case No. 23-49817
Chapter 11
Hon. Mark A. Randon

_____/

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S SUBCHPATER V PLAN OF REORGANIZATION

On March 7, 2024, Residents First, LLC ("<u>Debtor</u>") filed its Subchapter V Plan of Reorganization ("<u>Plan</u>").

The Plan can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds (2/3) in amount and more than one-half (1/2) in number of claims in each class and the holders of two-thirds (2/3) in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm this Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it. To have your vote count, you must complete and return this ballot.

**You should review the Plan carefully before you vote. You may wish to seek legal advice concerning the Plan and your treatment under the Plan.** If you hold claims or equity interests in more than one class, submit a separate ballot for each class in which you are entitled to vote. If you do not have the Plan or need a replacement ballot, please contact Debtor's counsel at the telephone number or email address on the opposite page.

If your ballot is not actually received at the address listed on the opposite page on or before <u>*April 10, 2024*</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

The undersigned, the Holder of a Claim against the Debtor in the unpaid amount of $_____, or

The undersigned, the Holder of an Interest in the Debtor representing __100__ % of Debtor's Interests

The Claim is a (check one):     _____ Class I Claim (Allowed Secured Claim of Ally Bank or the SBA)

    _____ Class II Claim (Allowed General Unsecured Claims)

    __X__ Class III Claim (Claims of Interests of Debtor)

(Check one box only)     __X__ **Accepts the Plan**     _____ **Rejects the Plan**

Dated: 4/19/24     Print or type name of creditor: TIR EQUITIES, LLC

    Signature: _[signature]_ Washington

Return this ballot to attorneys for the Debtor:

HEILMAN LAW PLLC
c/o Ryan D. Heilman
40900 Woodward Ave., Ste. 111
Bloomfield Hills, MI 48304
Telephone: (248) 835-4745
ryan@heilmanlaw.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

**In re:**

**Residents First, LLC,**

      Debtor.

_____/

Case No. 23-49817-mar
Chapter 11
Hon. Mark A. Randon

## CERTIFICATE OF SERVICE

I, Ryan D. Heilman, hereby certify that on April 19, 2024, I caused a copy of the Debtor's Ballot Report, with Ballot Tabulation summary and copies of ballots ("Ballot Report") to be filed via the Court's Electronic Case Filing (ecf) system, and the ecf system sent notice of the Ballot Report to all parties registered to receive electronic notification via the ecf system, including the following:

Kelley Callard (UST) on behalf of U.S. Trustee Andrew R. Vara
Kelley.Callard@usdoj.gov

Kimberly Ross Clayson on behalf of Creditor Champion Home Builders, Inc.
kclayson@taftlaw.com, ttorni@taftlaw.com;DET_Docket_Assist@taftlaw.com

Cheryl Cook on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd.
bknotices-edm@potestivolaw.com

Deborah L. Fish
dfish@allardfishpc.com, MI56@ecfcbis.com

Ryan D. Heilman on behalf of Debtor In Possession Residents First, LLC
ryan@heilmanlaw.com, cindy@heilmanlaw.com

Jacob Daniel High on behalf of Creditor Ally Bank Lease Trust
jacob@jacobhighlaw.com, mi.ecf@aisinfo.com

Charles A. Lawler on behalf of Creditor True North Asphalt, LLC
clawler@clarkhill.com, kthomas@clarkhill.com

Todd J Ruchman on behalf of Creditor JPMorgan Chase Bank, N.A.
tjruchman@manleydeas.com

Mark J. Van Epps on behalf of Creditor AR Landscape & Stone, Inc.
mvanepps@vaneppslaw.com, mowk@hotmail.com

Jay L. Welford on behalf of Creditor Champion Home Builders, Inc.
jwelford@taftlaw.com, ttorni@taftlaw.com;DET_Docket_Assist@taftlaw.com

 

                                          Respectfully submitted,

                                          HEILMAN LAW PLLC

Dated: April 19, 2024                By:   /s/ Ryan D. Heilman
                                        Ryan D. Heilman (P63952)
                                        Attorneys for Debtor
                                        40900 Woodward Ave., Suite 111
                                        Bloomfield, MI 48304
                                        (248) 835-4745
                                        ryan@heilmanlaw.com