UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR
THE PERIOD ENDED: **MARCH 31, 2024**

In re:                                        Case Number: 23-49817-mar

**RESIDENTS FIRST, LLC,**                     Chapter 11

  Debtor.                                     Hon. Mark A. Randon

As debtor in possession, I affirm:

1. That I have reviewed the financial statements attached hereto, consisting of:

   _____ Operating Statement          (Form 2)
   _____ Balance Sheet                (Form 3)
   _____ Summary of Operations        (Form 4)
   _____ Monthly Cash Statement       (Form 5)
   _____ Statement of Compensation    (Form 6)
   _____ Schedule of In-Force Insurance (Form 7)

   and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2. That the insurance, including workers' compensation and unemployment insurance, as described in Section 5 of the Operating Instructions and Reporting Requirements For Chapter 11 Cases is in effect; and, (If not, attach a written explanation)   YES ✓    NO ____

3. That all post-petition taxes as described in Sections 9 of the Operating Instructions and Reporting Requirements For Chapter 11 cases are current.
   (If not, attach a written explanation)   YES ✓    NO ____

4. No professional fees (attorney, accountant, etc.) have been paid without specific court authorization. (If not, attach a written explanation)   YES ✓    NO ____

5. All United States Trustee Quarterly fees have been paid and are current.
                                             YES ____   NO ✓

6. Have you filed your pre-petition tax returns.
   (If not, attach a written explanation)    YES ____   NO ✓

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct to the best of my information and belief.

Dated: **April 25, 2024**                    _____
                                             Debtor in Possession
                                             **MANAGING MEMBER**    **(248) 356-9900**
                                             Title                   Phone

*Form 1*

23-49817-mar    Doc 116    Filed 04/25/24    Entered 04/25/24 18:59:59    Page 1 of 16

# Profit & Loss

Property: Residents First, LLC
03/01/24 - 03/31/24  (accrual basis)

|  | Amount |
|---|---:|
| **INCOME** | |
| 4900.00 Community Reimbursements | 29,914.59 |
| 4999.00 Asset & Mgmt Fees | 64,376.90 |
| **TOTAL INCOME** | **94,291.49** |
| **EXPENSE** | |
| 6100.00 Management & Personnel | 51,346.53 |
| 6200.00 On-Site Personnel | 31,637.82 |
| 7300.00 Professional Fees | 4,600.00 |
| 7310.00 Legal Fees | -6,975.00 |
| 7500.00 Travel & Entertainment | 2,464.95 |
| 7600.00 Vehicle Expense | 2,199.64 |
| 7700.00 Information Technology Exp | 3,236.00 |
| 7800.00 Occupancy Expense | 1,650.00 |
| 7900.00 General & Administrative | 2,308.99 |
| **TOTAL EXPENSE** | **92,468.93** |
| **CONTROLLABLE NOI** | **1,822.56** |
| **NON CONTROLLABLE EXPENSE** | |
| 8100.00 Utilities | 1,308.97 |
| 8300.00 Insurance | 311.22 |
| **TOTAL NON CONTROLLABLE EXPENSE** | **1,620.19** |
| **NOI** | **202.37** |
| **NON OPERATING EXPENSE** | |
| 8900.00 Amortization & Depreciation | 51.19 |
| **TOTAL NON OPERATING EXPENSE** | **51.19** |
| **NET INCOME** | **151.18** |

### NET INCOME SUMMARY

| | |
|---|---:|
| Income | 94,291.49 |
| Expense | -92,468.93 |
| Controllable NOI | 1,822.56 |
| Non Controllable Expense | -1,620.19 |
| Net Operating Income | 202.37 |
| Non Operating Expense | -51.19 |
| **NET INCOME** | **151.18** |

# OPERATING STATEMENT (P&L)

Period Ending:_____

Case No: 23-49817-mar

|  | Current Month | Total Since Filing |
|---|---|---|
| Total Revenue/Sales | _____ | _____ |
| Cost of Sales | _____ | _____ |
| GROSS PROFIT | _____ | _____ |
| **EXPENSES:** | | |
| Officer Compensation | _____ | _____ |
| Salary Expenses other Employees | _____ | _____ |
| Employee Benefits & Pensions | _____ | _____ |
| Payroll Taxes | _____ | _____ |
| Other Taxes | _____ | _____ |
| Rent and Lease Expense | _____ | _____ |
| Interest Expense | _____ | _____ |
| Insurance | _____ | _____ |
| Automobile and Truck Expense | _____ | _____ |
| Utilities (gas, electric, phone) | _____ | _____ |
| Depreciation | _____ | _____ |
| Travel and Entertainment | _____ | _____ |
| Repairs and Maintenance | _____ | _____ |
| Advertising | _____ | _____ |
| Supplies, Office Expense, etc. | _____ | _____ |
| Other Specify | _____ | _____ |
| Other Specify | _____ | _____ |
| TOTAL EXPENSES: | _____ | _____ |
| NET OPERATING PROFIT/(LOSS) | _____ | _____ |
| Add: Non-Operating Income: | | |
| Interest Income | _____ | _____ |
| Other Income | _____ | _____ |
| Less: Non-Operating Expenses: | | |
| Professional Fees | _____ | _____ |
| Other | _____ | _____ |
| NET INCOME/(LOSS) | _____ | _____ |

*Form 2*

# Balance Sheet

Property: Residents First, LLC

*As of 03/31/24 (accrual basis)*

**ASSETS**

    Bank

| | |
|---|---:|
| 1050.00 Residents First | 5,365.41 |
| Total Bank | 5,365.41 |

    Accounts Receivable

| | |
|---|---:|
| 1100.00 Accounts Receivable | 26,624.62 |
| Total Accounts Receivable | 26,624.62 |

    Other Current Asset

| | |
|---|---:|
| 1300.00 Prepaid Expenses | 27,232.01 |
| Total Other Current Asset | 27,232.01 |

    Fixed Asset

| | |
|---|---:|
| 1500.00 Land, Buildings, Improve & Equip | 92,402.67 |
| 1600.00 Accumulated Depr & Amort | -28,531.91 |
| Total Fixed Asset | 63,870.76 |

    Other Asset

| | |
|---|---:|
| 1800.00 Notes Receivable | 500.00 |
| Total Other Asset | 500.00 |

**TOTAL ASSETS**      123,592.80

**LIABILITIES & EQUITY**

    Liabilities

        Accounts Payable

| | |
|---|---:|
| 2000.00 Accounts Payable | 529,326.31 |
| Total Accounts Payable | 529,326.31 |

        Credit Card

| | |
|---|---:|
| 2010.00 Credit Card 9172 (Capital One - Residents First) | 51,418.94 |
| 2022.04 Credit Card TIR Capital 0154 (CSB) | 6,169.94 |
| 2091.02 Credit Card 5622 (Capital One - Ara) | 7,351.62 |
| Total Credit Card | 64,940.50 |

        Long Term Liability

| | |
|---|---:|
| 2950.00 Loans & Notes Payables | 368,373.61 |
| Total Long Term Liability | 368,373.61 |

**Total Liabilities**      962,640.42

    Equity

| | |
|---|---:|
| 3000.00 Net Income | -931.43 |
| 3001.00 Retained Earnings | -256,686.96 |
| 3010.00 Owner Distribution | -1,929,269.55 |
| 3020.00 Owner Contribution | 1,347,840.32 |
| Total Equity | -839,047.62 |

**TOTAL LIABILITIES & EQUITY**      123,592.80

# BALANCE SHEET

Period Ending:_____

Case No: 23-49817-mar

|  | Current Month | Prior Month | At Filing |
|---|---|---|---|
| **ASSETS:** | | | |
| Cash: | | | |
| Inventory: | | | |
| Accounts Receivables: | | | |
| Insider Receivables | | | |
| Land and Buildings: | | | |
| Furniture, Fixtures & Equip: | | | |
| Accumulated Depreciation: | | | |
| Other: | | | |
| Other: | | | |
| TOTAL ASSETS: | | | |
| | | | |
| **LIABILITIES:** | | | |
| Post-petition Liabilities: | | | |
| Accounts Payable: | | | |
| Rent and Lease Payable: | | | |
| Wages and Salaries: | | | |
| Taxes Payable: | | | |
| Other: | | | |
| TOTAL Post-petition Liabilities | | | |
| | | | |
| Secured Liabilities: | | | |
| Subject to Post-petition | | | |
| Collateral or Financing Order | | | |
| All Other Secured Liabilities | | | |
| TOTAL Secured Liabilities | | | |
| | | | |
| Pre-petition Liabilities: | | | |
| Taxes & Other Priority Liabilities | | | |
| Unsecured Liabilities: | | | |
| Other: | | | |
| TOTAL Pre-petition Liabilities | | | |
| | | | |
| Equity: | | | |
| Owners Capital: | | | |
| Retained Earnings-Pre Petition. | | | |
| Retained Earnings-Post Petition. | | | |
| | | | |
| TOTAL Equity: | | | |
| | | | |
| TOTAL LIABILITIES | | | |
| | | | |
| /AND EQUITY | | | |

*Form 3*

SUMMARY OF OPERATIONS

Period Ended: MARCH 31, 2024

Case No: 23-49817-mar

Schedule of Post-Petition Taxes Payable

|  | Beginning Balance | Accrued/ Withheld | Payments/Deposits | Ending Balance |
|---|---|---|---|---|
| **Income Taxes Withheld:** | | | | |
| Federal: | 0 | 4,221.38 | 4,221.38 | 0 |
| State: | 0 | 1,889.75 | 1,889.75 | 0 |
| Local: | 0 | 19.19 | 19.19 | 0 |
| **FICA Withheld:** | 0 | 4,700.85 | 4,700.85 | 0 |
| **Employers FICA:** | 0 | 4,800.11 | 4,800.11 | 0 |
| **Unemployment Tax:** | | | | |
| Federal: | 0 | 211.61 | 211.61 | 0 |
| State: | 0 | 1,245.45 | 1,245.45 | 0 |
| **Sales, Use & Excise Taxes:** | | | | |
| **Property Taxes:** | 0 | | | |
| **Workers' Compensation** | 501.00 | 609.92 | 1,110.92 | 0 |
| **Other:** | 0 | | | |
| **TOTALS:** | 501.00 | 18,118.26 | 18,619.26 | 0 |

AGING OF ACCOUNTS RECEIVABLE
AND POST-PETITION ACCOUNTS PAYABLE

| Age in Days Post Petition | 0-30 | 30-60 | Over 60 |
|---|---|---|---|
| Accounts Payable | 12,090.22 | 9,121.04 | 513,391.33 |
| Accounts Receivable | | | |

For all post-petition accounts payable over 30 days old, please attach a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:

_Form 4_

# MONTHLY CASH STATEMENT

Period Ending: March 31, 2024

Cash Activity Analysis (Cash Basis Only):    Case No: 23-49817-mar

| | General Acct. | Payroll Acct. | Tax Acct. | Cash Coll. Acct | Petty Cash Acct. |
|---|---|---|---|---|---|
| A. Beginning Balance | 1,544.14 | | 100.00 | | |
| B. Receipts (Attach separate schedule) | 98,528.57 | | -0- | | |
| C. Balance Available (A + B) | 100,072.71 | | 100.00 | | |
| D. Less Disbursements (Attach separate schedule) | 88,761.81 | | -0- | | |
| E. ENDING BALANCE (C - D) | 11,310.90 | | 100.00 | | |

**ATTENTION:** Please enter the TOTAL DISBURSEMENT from all your accounts, including cash and excluding transfers, onto the line below. This is the number that will determine your quarterly fee payment. $ 88,761.81

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)

General Account:
1. Depository Name & Location: Citizens State Bank 32500 Woodward Royal Oak 48073
2. Account Number: 560300

Payroll Account:
1. Depository Name & Location: _____
2. Account Number: _____

Tax Account:
1. Depository Name & Location: Citizens State Bank 32500 Woodward Royal Oak 48073
2. Account Number: 560319

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.:
None

Date: 04-25-24

Debtor in Possession

Form 5

# Residents First
## Account Balance

| Date | Beginning Balance | Deposit / Transfer | Disbursement | Ending Balance | Description |
|---|---|---|---|---|---|
| 03/01/24 | 1,544.14 | | | 1,544.14 | |
| 03/04/24 | 1,544.14 | | 960.68 | 583.46 | 401K Withdrawal |
| 03/08/24 | 583.46 | | 194.47 | 388.99 | ADP Fees |
| 03/08/24 | 388.99 | | 501.00 | -112.01 | Workmans' Comp. Insurance |
| 03/11/24 | -112.01 | 307.34 | | 195.33 | Transfer from Twin Pines |
| 03/11/24 | 195.33 | | 30.00 | 165.33 | Overdraft Fee |
| 03/12/24 | 165.33 | 10,000.00 | | 10,165.33 | Transfer from RHS |
| 03/14/24 | 10,165.33 | 28,894.58 | | 39,059.91 | Transfers from KB, TM & TP |
| 03/14/24 | 39,059.91 | | 1,825.89 | 37,234.02 | Payroll Garnishment |
| 03/14/24 | 37,234.02 | | 7,784.02 | 29,450.00 | Payroll Taxes |
| 03/14/24 | 29,450.00 | | 28,249.33 | 1,200.67 | Payroll |
| 03/19/24 | 1,200.67 | 7,500.00 | | 8,700.67 | Wire in from Resnick Law |
| 03/19/24 | 8,700.67 | | 10.00 | 8,690.67 | Wire in Fee |
| 03/19/24 | 8,690.67 | | 835.34 | 7,855.33 | 401K Withdrawal |
| 03/21/24 | 7,855.33 | 1,826.65 | | 9,681.98 | Transfer from RHS |
| 03/22/24 | 9,681.98 | | 127.92 | 9,554.06 | ADP Fees |
| 03/27/24 | 9,554.06 | 50,000.00 | | 59,554.06 | Transfer from Kingsbrook Estates |
| 03/28/24 | 59,554.06 | | 35.00 | 59,519.06 | Wire out Fee |
| 03/28/24 | 59,519.06 | | 44,938.82 | 14,580.24 | Payroll (Includes Taxes, Garnishment, 401K & Fees) |
| 03/29/24 | 14,580.24 | | 3,203.79 | 11,376.45 | Interest Payment on HELOC |
| 03/29/24 | 11,376.45 | | 65.55 | 11,310.90 | ADP Fees |
| 03/31/24 | 11,310.90 | | | 11,310.90 | |
| | | 98,528.57 | 88,761.81 | | |

# MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS

Period Ending: MARCH 31, 2024

Case No: 23-49817-mar

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. (Attach additional pages if necessary.)

Name: ARA DARAKJIAN

Capacity: ✓ Shareholder
___ Officer
___ Director
___ Insider

Detailed Description of Duties: Owns And Manages Residents First

**Current Compensation Paid:** Weekly _____ or Monthly 8,931.50

**Current Benefits Paid:** Weekly _____ or Monthly

Health Insurance — 1,312.19
Life Insurance —
Retirement —
Company Vehicle — 2,378.00
Entertainment —
Travel —
Other Benefits (Auto Ins.) — 234.75
Total Benefits —

**Current Other Payments Paid:** Weekly _____ or Monthly

Rent Paid —
Loans —
Other (Describe) —
Other (Describe) —
Other (Describe) —
Total Other Payments —

**CURRENT TOTAL OF ALL PAYMENTS:** Weekly _____ or Monthly 12,863.04

Dated: 04-25-24

_____
Principal, Officer, Director, or Insider

*Form 6*

| Monthly Statement of Insider Compensation / Payments | | | | | |
|---|---|---|---|---|---|
| March 2024 | | | | | |
| Name | Scott Pistorius | | | | |
| Detailed Description of Duties: | Senior Vice President in Charge of Overseeing Daily Operations & New Construction | | | | |
| Monthly Compensation | 15,000.00 | | | | |
| Health Insurance | 633.00 | | | | |
| Company Vehicle | 640.00 | | | | |
| Vehicle Insurance | 180.00 | | | | |
| Current Total of all Payments | 16,453.00 | | | | |
| Dated: | | | | Principal, Officer, Director or Insider | |

# SCHEDULE OF IN-FORCE INSURANCE

Period Ending: March 31, 2024

Case No: 23-49817-mar

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Workers' Compensation | Sunz Ins. Solutions | 09-30-24 |
| General Business Policy | Creative Benefits | 06-01-24 |

*Form 7*



# CITIZENS STATE BANK

**32500 Woodward Ave. • Royal Oak, MI 48073**

RETURN SERVICE REQUESTED

RESIDENTS FIRST LLC
DEBTOR IN POSSESSION -GENERAL ACCOUNT
23-49817-MAR
217 PIERCE ST STE 209
BIRMINGHAM MI 48009-6048

## Managing Your Accounts

| | | |
|---|---|---|
|  | Bank Name | Royal Oak |
| | Mailing Address | 32500 Woodward Ave Royal Oak, MI 48073 |
|  | Phone Number | 248-833-6160 |
| | Online Access | www.micsb.com |





Unlock your Retirement Dreams.

Are you ready to secure your financial future? Look no further than our High-Yield IRA Account, offering an impressive 5% interest rate! It's time to supercharge your retirement savings and watch your money grow.

Earn 5% Annual Percentage Yield

*Rates effective as of 1/8/2024. Rates are subject to change at any time without prior notice. Interest is calculated using the average daily balance method and compounds monthly. Citizens State Bank does not provide tax or legal advice. Please consult with your tax and legal advisors regarding your specific situation.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Basic Business Checking | XXX0300 | $11,310.90 |




## Basic Business Checking-XXX0300

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 03/01/2024 | Beginning Balance | $1,544.14 | Minimum Balance | -$112.01 |
|  | 6 Credit(s) This Period | $98,528.57 |  |  |
|  | 14 Debit(s) This Period | $88,761.81 |  |  |
| 03/31/2024 | Ending Balance | $11,310.90 |  |  |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/01/2024 | Beginning Balance |  |  | $1,544.14 |
| 03/04/2024 | ACH Payment ADP 401k ADP 401k | $960.68 |  | $583.46 |
| 03/08/2024 | ACH Payment ADP PAYROLL FEES ADP FEES | $194.47 |  | $388.99 |
| 03/08/2024 | ACH Payment MARKEL MARKEL | $501.00 |  | -$112.01 |
| 03/11/2024 | Remote Deposit |  | $307.34 | $195.33 |
| 03/11/2024 | Overdraft Charge Item(s) Presented 03/08/2024 | $30.00 |  | $165.33 |
| 03/12/2024 | Remote Deposit |  | $10,000.00 | $10,165.33 |
| 03/14/2024 | Deposit |  | $28,894.58 | $39,059.91 |
| 03/14/2024 | ACH Payment ADP WAGE GARN WAGE GARN | $1,825.89 |  | $37,234.02 |
| 03/14/2024 | ACH Payment ADP Tax ADP Tax | $7,784.02 |  | $29,450.00 |
| 03/14/2024 | ACH Payment ADP WAGE PAY WAGE PAY | $28,249.33 |  | $1,200.67 |
| 03/19/2024 | WIRE IN RESNICK LAW, P.C. IOLTA TRUST Wires |  | $7,500.00 | $8,700.67 |
| 03/19/2024 | Wire Transfer Fee RESNICK LAW, P.C. IOLTA TRUST Wires | $10.00 |  | $8,690.67 |
| 03/19/2024 | ACH Payment ADP 401k ADP 401k | $835.34 |  | $7,855.33 |
| 03/21/2024 | Remote Deposit |  | $1,826.65 | $9,681.98 |
| 03/22/2024 | ACH Payment ADP PAYROLL FEES ADP FEES | $127.92 |  | $9,554.06 |
| 03/27/2024 | Deposit |  | $50,000.00 | $59,554.06 |
| 03/28/2024 | Wire Transfer Fee TRION SOLUTIONS II INC Wires | $35.00 |  | $59,519.06 |
| 03/28/2024 | Wire Out TRION SOLUTIONS II INC Wires | $44,938.82 |  | $14,580.24 |
| 03/29/2024 | Online Transfer W/D INTERNET XFR TO New Regula XXXXXX2419 Intere | $3,203.79 |  | $11,376.45 |
| 03/29/2024 | ACH Payment ADP PAYROLL FEES ADP FEES | $65.55 |  | $11,310.90 |
| 03/31/2024 | Ending Balance |  |  | $11,310.90 |



# CITIZENS STATE BANK

**32500 Woodward Ave. • Royal Oak, MI 48073**

**Statement Ending 03/31/2024**

Page 1 of 4

RETURN SERVICE REQUESTED

RESIDENTS FIRST LLC
DEBTOR IN POSSESSION-TAX ACCOUNT
23-49817-MAR
217 PIERCE ST STE 209
BIRMINGHAM MI 48009-6048



## Managing Your Accounts

| | | |
|---|---|---|
| | Bank Name | Royal Oak |
| | Mailing Address | 32500 Woodward Ave Royal Oak, MI 48073 |
| | Phone Number | 248-833-6160 |
| | Online Access | www.micsb.com |

### Unlock your Retirement Dreams.

Are you ready to secure your financial future? Look no further than our High-Yield IRA Account, offering an impressive 5% interest rate. It's time to supercharge your retirement savings and watch your money grow.

Earn 5% Annual Percentage Yield

*Rates effective as of 1/8/2024. Rates are subject to change at any time without prior notice. Interest is calculated using the average daily balance method and compounds monthly. Citizens State Bank does not provide tax or legal advice. Please consult with your tax and legal advisors regarding your specific situation.

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| Basic Business Checking | XXX0292 | $100.00 |

Member FDIC — Equal Housing Lender




## Basic Business Checking-XXX0292

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| 03/01/2024 | Beginning Balance | $100.00 | Minimum Balance | $100.00 |
| | 0 Credit(s) This Period | $0.00 | | |
| | 0 Debit(s) This Period | $0.00 | | |
| 03/31/2024 | Ending Balance | $100.00 | | |

### Account Activity

| Post Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 03/01/2024 | Beginning Balance | | | $100.00 |
| | No activity this statement period | | | |
| 03/31/2024 | Ending Balance | | | $100.00 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |