Form:nthrgBK

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 23−49817−mar
Chapter: 11
Judge: Mark A. Randon

In Re: (NAME OF DEBTOR(S))
    Residents First, LLC
    fka Reliance Management Associates, LLC
    217 Pierce, Ste. 209
    Birmingham, MI 48009

Social Security No.:

Employer's Tax I.D. No.:
    27−2129469

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

*137* – Motion to Dismiss Case Re: To Comply with Settlement Agreement Filed by Debtor In Possession Residents First, LLC (Heilman, Ryan)

will be held on: 8/26/24 at 11:00 AM at Courtroom 1825, 211 West Fort St., Detroit, MI 48226

Dated: 8/8/24

                                            BY THE COURT

                                            Todd M. Stickle, Clerk of Court
                                            U.S. Bankruptcy Court